IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALI ASGHAR<br>13443 Millwood Drive, #23<br>Woodbridge, VA 22191<br><br>     Plaintiff,<br><br>v.<br><br>JOHN W. SNOW,<br>Secretary of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Room 2134<br>Washington, D.C. 20220<br>     Defendants. | Civil Action No. 06-0400 (RJL) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Claire M. Whitaker, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

_____
CLAIRE WHITAKER, Bar #354530
Assistant United States Attorney
555 Fourth Street, N.W.
Civil Division
Washington, D.C. 20530
(202)514-7137