UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| ALI ASGHAR          Plaintiff, | ) ) ) ) ) |
| v. | ) Civil Action No. 06-0400 (RJL) ) |
| JOHN W. SNOW,          Defendants. | ) ) ) ) |

## ANSWER

Defendant, John W. Snow, Secretary of the Treasury, through undersigned counsel, answers the averments of the complaint as follows:

### FIRST DEFENSE

Answering the numbered and unnumbered paragraphs of the complaint, defendant states as follows:

#### Introduction

1. This paragraph is plaintiff's characterization of his claim, to which no response is required. To the extent that a response is deemed necessary, denied.

#### Jurisdiction

2. This paragraph sets forth plaintiff's statement of jurisdiction, to which no response is required.

#### Venue

3. This paragraph sets forth plaintiff's statement of venue, to which no response is required.

#### Exhaustion of Administrative Remedies

4. Admitted.

Parties

5. Admitted.

6. Admitted.

7. This paragraph sets forth plaintiff's statement regarding who he believes were the discriminating officials. No response is deemed required. To the extent that a response is deemed necessary, defendant denies that plaintiff was the victim of discrimination.

Facts

8. Defendant admits only that plaintiff has filed prior EEO complaints against management officials within the Bureau of Engraving and Printing ("BEP").

9. Admitted.

10. First sentence, admitted. Second sentence, defendant admits only that plaintiff visited the BEP on November 2, 2004. Third and Fourth sentence, defendant denies that plaintiff's security badge permitted him entry into the BEP's facility on November 3, 2004.

11. First sentence, denied. Second sentence, admitted. Third sentence, defendant admits that Glen Alonso escorted plaintiff into his office and questioned him, but denies plaintiff's characterization of the questions as "odd." Fourth sentence, defendant admits that Mr. Alonso escorted plaintiff out of the building, but denies the remainder of the sentence.

12. This paragraph is plaintiff's characterization of a conversation between Mr. Alonzo and plaintiff. Defendant denies that Mr. Alonzo stated that plaintiff "may be involved in a terrorist activity." The BEP admits only that it was concerned about plaintiff's recent travels in light of the contradictory information that he previously provided and referred the matter to the FBI.

13. This paragraph sets forth plaintiff's version of a visit by an FBI agent to his home. Defendant is without sufficient information to admit or deny the averments of this paragraph. To

the extent that a response is deemed required, defendant denies that the BEP discriminated against plaintiff in any way.

14. First sentence, defendant admits that plaintiff was notified to return to work on November 22, 2004. Defendant is without sufficient information to admit or deny the remainder of this paragraph. To the extent that a response is deemed required, defendant denies that the BEP discriminated against plaintiff in any way.

## Statement of Claim

15. - 17. Denied.

Prayer for Relief. The remainder of the complaint is plaintiff's prayer for relief and plaintiff's jury demand. No response is necessary, however, defendant denies that plaintiff is entitled to the relief sought or to any relief whatsoever.

Having fully answered, defendant respectfully requests that this action be dismissed with prejudice and that defendant be granted such other relief as the Court deems appropriate.

Respectfully yours,

/s/
KENNETH L. WAINSTEIN , D.C. Bar # 451058
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

OF COUNSEL:

GAIL SERENCO
Attorney
Office of Chief Counsel
Bureau of Engraving and Printing
U.S. Department of Treasury