UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALI ASGHAR, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | C.A. No. 06-0400 (RJL) |
| | * | |
| JOHN SNOW, | * | |
| SECRETARY, | * | |
| U.S. DEPARTMENT OF TREASURY, | * | |
| | * | |
| Defendant. | * | |
| | * | |

NOTICE OF APPEARANCE

The Clerk of the Court will please note the appearance of Gary T. Brown, a member of this Court, as attorney for Plaintiff Ali Asghar.

Respectfully submitted,

_____
Gary T. Brown
D.C. Bar # 246314
GARY T. BROWN & ASSOCIATES, P.C.
320 Maryland Avenue, N.E.
Suite 100
Washington, D.C. 20002
(202) 393-4900