UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALI ASGHAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. C.A. 06-0400 |
| | ) | |
| John W. Snow, | ) | |
| Secretary of the Treasury | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW

Counsel for the Plaintiff, Robert A. Swick moves to withdraw from this civil action. In this regard, counsel is leaving the private practice and is no longer available to represent the plaintiff. Undersigned contacted counsel for the defendants who indicated that they do not object to undersigned's withdraw. In addition, plaintiff has retained new counsel, namely Peter E. Mina, Esquire, has entered his appearance on behalf of plaintiff in this civil action on or about June 12, 2006.

Wherefore, undersigned counsel respectfully requests that the Court strike the appearance of Robert A. Swick.

Respectfully submitted,

/S/ Robert A. Swick_____
Robert A. Swick, #462810
P.O. Box 4583
Crofton, Maryland  21114
Phone: (410) 721-4443
E-mail: rob@swick.com

CERTIFICATE OF SERVICE

 I hereby certify that I caused the foregoing motion to be served, via ECF, on June 24, 2006, to:

Claire Whitaker Claire.Whitaker@usdoj.gov, Counsel for the defendant

Peter E. Mina  pmina@garytbrown.com, Counsel for the defendant

              /S/ Robert A. Swick_____

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALI ASGHAR, )<br> )<br> Plaintiff, )<br> )<br>v.   )<br> )<br>John W. Snow, )<br>Secretary of the Treasury )<br> )<br> Defendant. ) | Case No. C.A. 06-0400 |

**O R D E R**

Whereas counsel for the plaintiff, Robert A. Swick has requested to withdraw his appearance from the civil action; and

Whereas Peter E. Mina, Esquire, who entered his appearance in this civil action as counsel for the plaintiff; and

Whereas the defendant has no objection to Robert A. Swick's motion to withdraw; and

Whereas the withdraw Robert A. Swick as counsel for the plaintiff doe not prejudice the plaintiff; it is hereby

Ordered that the appearance of Robert A. Swick be stricken as attorney for plaintiff in this civil action.

Dated: _____   _____
United States District Judge