UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALI ASGHAR, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | C.A. No. 06-0400 (RJL) |
| | * | |
| JOHN SNOW, | * | |
| Secretary, | * | |
| United States Department of the Treasury | * | |
| | * | |
| Defendant. | * | |
| _____ | * | |

## PLAINTIFF'S CONSENT MOTION FOR LEAVE TO FILE THE PARTIES' PROPOSED SCHEDULING ORDER OUT OF TIME

Plaintiff, by and through his counsel, hereby moves for leave to file the Parties' Proposed Scheduling Order to accompany their LCvR 16.3 report filed on July 13, 2006. Plaintiff's Counsel was retained on June 9, 2006 days prior to the Court's original deadline of June 15, 2006. Counsel required additional time to familiarize himself with Plaintiff's case and after having done so worked with Defendant's counsel to complete the LCvR 16.3 Report.

The parties were able to finalize the LCvR 16.3 Report on July 13, 2006 and shortly thereafter filed it. The parties inadvertently failed to discuss the accompanying proposed scheduling order. Plaintiff's counsel recognized the error and, after consultation with Defendant's counsel, now submits the attached Order to fulfill the Parties' obligations under the Rules of the Court.

Plaintiff contacted Defendant's counsel who consents to this motion. This short delay will cause no harm to Defendant.

For the reasons stated above, the parties respectfully request this Court grant their motion and accept the Proposed Scheduling Order.

Respectfully submitted,

_____
Gary T. Brown,
D.C. Bar # 246314
GARY T. BROWN & ASSOCIATES
320 Maryland Avenue, N.E.
Suite 100
Washington, D.C. 20002
(202) 393-4900

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI ASGHAR, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   C.A. No. 06-0400 (RJL) |
| | * |
| JOHN SNOW, | * |
| Secretary, | * |
| United States Department of the Treasury | * |
| | * |
| Defendant. | * |
| _____ | * |

ORDER

For the reasons stated in Plaintiff's Motion to File the Parties' Proposed Scheduling Order Out of Time, it is

HEREBY ORDERED, this _____ day of _____, 2006, that the attached Joint Proposed Scheduling Order be accepted for filing.

_____
**Hon. Richard J. Leon**
United States District Court
for the District of Columbia

3