UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALI ASGHAR | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | C.A. No. 06-0400 (RJL) |
| | * | |
| JOHN SNOW, | * | |
| Secretary, | * | |
| United States Department of the Treasury, | * | |
| | * | |
| Defendant. | * | |
| | * | |

**Proposed Scheduling Order**

UPON CONSIDERATION of the Parties' LCvR 16.3 Report and the entire record herein, it is this _____ day of _____, 2006, hereby ordered that:

1. Initial disclosures must be served no later than **fourteen (14) days** following the issuance of the Court's Scheduling Order.

2. Joinder of any additional parties must be completed no later than **thirty (30) days** following the issuance of the Court's Scheduling Order. Any amendments to the pleadings must be made no later than **sixty (60) days** following the issuance of the Court's Scheduling Order.

3. Proponent, either Plaintiff or Defendant, shall file its expert witness disclosures pursuant to Fed. R. Civ. 26(a)(2), no later than **ninety (90) days** prior to the start of trial. Opponent, either Plaintiff or defendant, shall file its expert witness disclosures no later than **forty-five (45)** days prior to the start of trial.

4. Discovery shall conclude on **Wednesday, December 6, 2006**.

5. Any motion for summary judgment must be filed with the Court no later than Monday, **January 8, 2007**. Any opposition to a motion for summary judgment must be filed with the Court no later than **Wednesday, February 7, 2007**. Replies in support of a filed motion for summary judgment must be filed with the Court no later than **Thursday, February 22, 2007**. A decision by the Court on any motion for summary judgment shall be rendered no later than **Monday, March 26, 2007**.

6. The pre-trial conference will be held **forty-five (45) days** following the decision of the Court on all post-discovery dispositive motions, should any be filed.

Date: _____

       **Hon. Richard J. Leon**
       United States District Court
       for the District of Columbia