UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI ASGHAR, | * |
| | * |
|     Plaintiff, | * |
| | * |
|         v. | *   C.A. No. 06-0400 (RJL) |
| | * |
| HENRY PAULSON, JR., | * |
| SECRETARY, | * |
| U.S. DEPARTMENT OF TREASURY, | * |
| | * |
|     Defendant. | * |
| | * |

PLAINTIFF'S CONSENT MOTION TO
EXTEND TIME TO COMPLETE DISCOVERY

Plaintiff Ali Asghar, by and through his counsel and with the consent of Defendant, hereby respectfully requests this Court grant him an extension of two months of time in which to complete the discovery in this civil matter.  Although the parties have engaged in discovery, Plaintiff's counsel has been preparing an opposition to a Motion for Summary Judgment in another matter in this Courthouse and completing depositions in another matter in Maryland federal court.

Further, due to the holidays, the upcoming month presents numerous problems for coordinating discovery activity.  The preparation of documents and the scheduling of depositions becomes much more difficult with reduced schedules and competition for one's time with non-work festivities.

The continuance requested here should cause Defendant no harm as Counsel for Defendant has stated she consents to Plaintiff's request to extend discovery for two months, until February 11, 2007.  As a consequence, Plaintiff also requests that the

schedule for dispositive motions be adjusted accordingly, with March 9, 2007 as the due date for filing dispositive motions and April 9, 2007 as the date for any oppositions.

Therefore, pursuant to the Court's inherent Article III powers and Fed. R. Civ. P. 16, Plaintiff respectfully requests that this Court grant his motion.

Respectfully submitted,

_____
Gary T. Brown
D.C. Bar # 246314
GARY T. BROWN & ASSOCIATES, P.C.
320 Maryland Avenue, N.E.
Suite 100
Washington, D.C. 20002
(202) 393-4900

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALI ASGHAR, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | C.A. No. 06-0400 (RJL) |
| | * | |
| HENRY PAULSON, JR., | * | |
| SECRETARY, | * | |
| U.S. DEPARTMENT OF TREASURY, | * | |
| | * | |
| Defendant. | * | |
| | * | |

## ORDER

Upon consideration of Plaintiff's Consent Motion for Extension of Time to Complete Discovery and the entire record in this case, it is this _____ day of December, 2006 hereby

ORDERED, that Plaintiff's Motion is hereby GRANTED and that Discovery will continue in this action until February 11, 2007. It is Further

ORDERED that dispositive motions are now due on March 9, 2007 and that any oppositions to those motions be filed on or before April 9, 2007.

.

_____
**Hon. Royce J. Lamberth**
United States District Court Judge
for the District of Columbia