UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALI ASGHAR, | ) |
| | ) |
| Plaintiff, | )   Civil Action No. 06-0400 |
| | )   (RJL) |
| v. | ) |
| | ) |
| JOHN SNOW, | ) |
| SECRETARY, | ) |
| U.S. DEPARTMENT OF TREASURY, | ) |
| | ) |
| Defendant. | ) |

**<u>Notice of Appearance</u>**

The Clerk of the Court will enter the appearance of David A. Branch and the Law Office of David A. Branch as counsel for the Plaintiff Ali Asghar.

Respectfully Submitted,

By:   /s/ David A. Branch
_____
David A. Branch #438764
Law Offices of David A. Branch
1825 Connecticut Avenue, NW
Suite 690
Washington, D.C. 20009
202.785.2805 telephone
202.785.0289 fax
dablaw@erols.com

**Certificate of Service**

      I hereby certify this 26th day of January, 2007, that the foregoing Notice of Appearance was sent via United States District Court For The District of Columbia CM/ECF system to counsel listed below:

Jeffrey A. Taylor
United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530

Rudolph Contreras
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530

Claire Whitaker
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530

                                                  /s/ David A. Branch
                                                  _____
                                                  David A. Branch