UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI ASGHAR, | * |
| Plaintiff, | * |
| v. | *   C.A. No. 06-0400 (RJL) |
| HENRY PAULSON, JR., SECRETARY, U.S. DEPARTMENT OF TREASURY, | * |
| Defendant. | * |

PLAINTIFF'S CONSENT MOTION TO
EXTEND TIME TO COMPLETE DISCOVERY

Plaintiff Ali Asghar, by and through his counsel and with the consent of Defendant, hereby respectfully requests this Court grant him an extension of two months, until April 11, 2007, in which to complete the discovery in this civil matter. Counsel for Defendant has agreed to the extension of time.

Plaintiff Ashgar has retained new counsel, David Branch, Esq., who has filed his Notice of Appearance. Following the filing of this motion, below identified counsel with file his Notice of Withdrawal pursuant to LCvR 83.6.

Counsel below recently had a death in his family, his mother, during December 2006 which took him from work. He seeks the extension in part to make up for the time he was not able to attend to his duties.

Additionally, the extension will allow Plaintiff's new counsel time to learn the relevant facts and to seek the discovery for the case that he deems relevant.

The continuance requested here should cause Defendant no harm as Counsel for Defendant has stated she consents to Plaintiff's request to extend discovery for two months.  As a consequence, Plaintiff also requests that the schedule for dispositive motions be adjusted accordingly, with May 11, 2007 as the due date for filing dispositive motions and June 11, 2007 as the date for any opposition.

Therefore, pursuant to the Court's inherent Article III powers and Fed. R. Civ. P. 16, Plaintiff respectfully requests that this Court grant his motion.

Respectfully submitted,

_____
Gary T. Brown
D.C. Bar # 246314
GARY T. BROWN & ASSOCIATES, P.C.
320 Maryland Avenue, N.E.
Suite 100
Washington, D.C. 20002
(202) 393-4900

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALI ASGHAR, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | C.A. No. 06-0400 (RJL) |
| | * | |
| HENRY PAULSON, JR., | * | |
| SECRETARY, | * | |
| U.S. DEPARTMENT OF TREASURY, | * | |
| | * | |
| Defendant. | * | |
| | * | |

## ORDER

Upon consideration of Plaintiff's Consent Motion for Extension of Time to Complete Discovery and the entire record in this case, it is this _____ day of January, 2007 hereby

ORDERED, that Plaintiff's Motion is hereby GRANTED and that Discovery will continue in this action until April 11, 2007.   It is Further

ORDERED that dispositive motions are now due on May 11, 2007 and that any opposition to those motions be filed on or before June 11, 2007.

.

_____
**Hon. Royce J. Lamberth**
United States District Court Judge
for the District of Columbia