UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALI ASGHAR,                                    *
                                               *
        Plaintiff,                             *
                                               *
        v.                                     *       C.A. No.  06-0400 (RJL)
                                               *
HENRY PAULSON, JR.,                            *
SECRETARY,                                     *
U.S. DEPARTMENT OF TREASURY,                   *
                                               *
        Defendant.                             *
_____      *


PLAINTIFF'S COUNSEL'S NOTICE OF WITHDRAWAL


        Counsel for Plaintiff Ali Asghar, Gary T. Brown, hereby submits his Notice of

Withdrawal from this matter, pursuant to LCvR 83.6 (b).

        Plaintiff Ashgar has retained new counsel, David Branch, Esq., who has filed his

Notice of Appearance in this case.




                                        Respectfully submitted,



                                        _____
                                        Gary T. Brown
                                        D.C. Bar # 246314
                                        GARY T. BROWN & ASSOCIATES
                                        320 Maryland Avenue, N.E.
                                        Suite 100
                                        Washington, D.C. 20002
                                        (202) 393-4900