UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALI ASGHAR, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-0400 |
| | ) | (RJL) |
| v. | ) | |
| | ) | |
| JOHN SNOW, | ) | |
| SECRETARY, | ) | |
| U.S. DEPARTMENT OF TREASURY, | ) | |
| | ) | |
| Defendant. | ) | |

**Plaintiff's Consent Motion to Extend Discovery for Sixty Days**

Comes now the Plaintiff, by and through counsel, and files this consent motion to extend discovery for sixty days, and in support thereof, states as follows.

Discovery in this matter ends on April 11, 2007. Counsel requests a sixty day extension of discovery. Plaintiff changed counsel in January 2007. The Plaintiff has responded to written discovery, and the parties need additional time to take depositions. Counsel has an employment discrimination trial for at least a week, and perhaps longer scheduled in the D.C. Superior Court before Judge Alprin beginning on April 16, 2007, and another employment discrimination trial scheduled for May 14, 2007 before Judge Retchin in the D.C. Superior Court, and counsel must file briefs in two class actions in May 2007. Defendant consents to this motion.

Respectfully Submitted,


By:  /s/ David A. Branch
     _____
     David A. Branch #438764
     Law Offices of David A. Branch
     1825 Connecticut Avenue, NW
     Suite 690
     Washington, D.C. 20009
     202.785.2805 telephone
     202.785.0289 fax
     dablaw@erols.com


**Certificate of Service**

I hereby certify this 10th day of April, 2007, that the foregoing Consent Motion to Extend Discovery was sent via United States District Court For The District of Columbia CM/ECF system to counsel listed below:

Claire Whitaker
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530


/s/ David A. Branch
_____
David A. Branch