**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALI ASGHAR, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 06-0400 |
| ) | (RJL) |
| v. ) | |
| ) | |
| JOHN SNOW, ) | |
| SECRETARY, ) | |
| U.S. DEPARTMENT OF TREASURY, ) | |
| ) | |
| Defendant. ) | |

**Plaintiff's Consent Motion to Extend Discovery for Thirty Days**

Comes now the Plaintiff, by and through counsel, and files this consent motion to extend discovery for thirty days, and in support thereof, states as follows.

Discovery in this matter ends on June 16, 2007. Counsel requests a thirty day extension of discovery. The parties have taken Plaintiff's deposition, and scheduled the depositions of Plaintiff's wife and three management officials. Unfortunately, the Assistant U.S. Attorney was out of town on the date selected to complete the depositions of the management witnesses, and the deposition of Plaintiff's wife could not take place because Plaintiff's deposition extended throughout the afternoon and the Asghars had to leave to retrieve their child from school. Plaintiff is scheduled for two week long trials beginning June 18 and 25, 2007 in the D.C. Superior Court and will not be available until July to complete the depositions. Plaintiff requests a thirty day extension of time to complete the depositions and defendant consents to this motion.

Respectfully Submitted,

By:  /s/ David A. Branch
 _____
 David A. Branch #438764
 Law Offices of David A. Branch
 1825 Connecticut Avenue, NW
 Suite 690
 Washington, D.C. 20009
 202.785.2805 telephone
 202.785.0289 fax
 dablaw@erols.com

**Certificate of Service**

I hereby certify this 15th day of June, 2007, that the foregoing Consent Motion to Extend Discovery was sent via United States District Court For The District of Columbia CM/ECF system to counsel listed below:

Claire Whitaker
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530

 /s/ David A. Branch
 _____
 David A. Branch