UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI ASGHAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0400 (RJL) |
| ) | |
| JOHN W. SNOW ) | |
| Department of the Treasury, ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION TO CONTINUE AUGUST 17, 2007, STATUS CONFERENCE**

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant, with the consent of plaintiff, moves for a continuance of the status conference now scheduled for August 17, 2007, to a date after September 5, 2007. The reason for this motion is as follows:

On August 16, 2007, defendant's counsel primarily assigned to this case is scheduled to defend and take depositions in Seattle, Washington, on behalf of the U.S. Postal Service, a defendant in the case of National Postal Mail Handlers Union v. American Postal Workers Union, et al., Civil Action No. 06-1986 (JR). Although the depositions, three in all, may be concluded on August 16th, in light of the fact that there are four attorneys involved, the depositions may continue into the next day, i.e., August 17, 2007, the date presently set for the status conference in the instant case. Because of this uncertainty, defendant respectfully requests that the status conference now scheduled for August 17, 2007, be rescheduled for a date after September 5, 2007. Defendant's counsel has consulted with plaintiff who, as noted above, consents to this motion and agrees that the rescheduled status conference should after September 5, 2007.

WHEREFORE, defendant respectfully requests that the August 17, 2007, status conference be continued until a date after September 5, 2007.  A proposed order that would grant the relief sought is attached.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137
