UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALI ASGHAR, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-0400 (RJL) |
| JOHN W. SNOW<br>Department of the Treasury, | ) |
| Defendant. | ) |

ORDER

UPON CONSIDERATION of defendant's Consent Motion to Continue the August 17, 2007, status conference, and for good cause shown, it is

HEREBY ORDERED that the motion is granted. The status conference for August 17, 2007, is rescheduled for _____.

Date_____                           _____
                                          UNITED STATES DISTRICT JUDGE