UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI ASGHAR,<br><br>      Plaintiff,<br><br> v.<br><br>JOHN W. SNOW<br>Department of the Treasury,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 06-0400 (RJL)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION TO EXTEND TO TIME**

    Pursuant to Fed. R. Civ. P. 6(b)(1), defendant moves for a one-week extension of time to file his dispositive motion in this case, to and including November 20, 2007. Dispositive motions are presently due on November 13, 2007. Defendant has attempted unsuccessfully to consult with plaintiff concerning this motion. The reason for this request is as follows:

    Although undersigned counsel primarily assigned to this case has a draft dispositive motion prepared, she is unable to finalize this draft for supervisory review and filing with the Court because of illness. It is expected that by the end of the week of November 13, 2007, counsel will be back to work and in good health. Accordingly, a one-week extension is requested. Counsel is also requesting that the dates for oppositions and replies be extended a concomitant time period. Should the Court approve this schedule, the new due dates would be:

    Dispositive motions:  November 20, 2007 (vice November 13, 2007)
    Oppositions:  December 10, 2007 (vice December 3, 2007), and
    Replies, if any:  February 6, 2008 (vice January 30, 2008).

WHEREFORE, defendant respectfully requests that this motion to extend time be granted. A proposed order that would grant the relief sought is attached.

                                              Respectfully submitted,

                                              _____/s/_____
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

                                              _____/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

                                              _____/s/_____
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137