UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI ASGHAR, | ) |
|     Plaintiff, | ) |
|     v. | ) Civil Action No. 06-0400 (RJL) |
| JOHN W. SNOW<br>Department of the Treasury, | ) |
|     Defendant. | ) |

ORDER

UPON CONSIDERATION of defendant's Motion to Extend time to file dispositive motions, any opposition thereto, and for good cause shown, it is

HEREBY ORDERED that the motion is granted. The briefing schedule is amended as follows:

Dispositive motions: November 20, 2007 (vice November 13, 2007)

Oppositions: December 10, 2007 (vice December 3, 2007), and

Replies, if any: February 6, 2008 (vice January 30, 2008).

Date_____                             _____
                                            UNITED STATES DISTRICT JUDGE