# Attachment 1

Case 1:06-cv-00400-RJL    Document 20-2    Filed 11/20/2007    Page 1 of 3

# EEO COUNSELOR REPORT

### PART I  BACKGROUND

| Name: | Ali Asghar |
|---|---|
| Job title/series/grade: | Currency Checker Processor KG 5 |
| Place of employment: | Bureau of Engraving & Printing 14th and C Streets. S.W. Office of Currency Production Washington, D.C. 20228 |
| Work Phone: | |
| Home Phone: | |
| Home Address: | |

### PART II  CHRONOLOGY OF EEO COUNSELING

| Date(s) of alleged discriminatory event(s): | January 4, 2005 |
|---|---|
| 45th day after event(s): | February 18, 2005 |
| Date of initial contact with EEO office: | November 29, 2004 |
| Date of initial contact with counselor: | January 10, 2005 |

EEO Counselor's Report

Attachment 1

| Date of initial interview: | January 10, 2005 |
|---|---|
| Date Aggrieved Person given written Rights/ Redress/Representation: | January 12, 2005 |
| Reason for delay in contact beyond 45 days: | Not applicable |
| Date of Notice of Right to File: | February 18, 2005 |

## PART III   INTRODUCTION

1. **Basis (es) for alleged discrimination**: Race; Afghanistan, Religion; Muslim Sex; Male Other: Retaliation and harassment

2. **Allegations of discrimination**: Was Mr. Asghar discriminated against based on his race (Afghanistan), religion (Muslim), sex (male), retaliation (past filing) and harassment (terrorist) when:

On January 4, 2005, supervisor, Ms. Felicia Jackson made statements in front of all the employees in Vault 9 about Ali's wife being pregnant and how she must have slept with another man to get that way since Ali had been in Afghanistan for six months in 2004.

On November 29, 2005 Mr. Asghar returned to work after being contacted by Mr. Alonzo. Mr. Asghar then contacted the Bureau Resolution Center to discuss this harassment. Mr. Ron Alexander asked Ms. Felicia Jackson (supervisor) why she called security on Mr. Asghar and she told Mr. Alexander that Mr. Asghar might bring a bomb in the building because he is a terrorist.

On November 23, 2004, Mr. Asghar answered his front door and was greeted by FBI agents wearing guns which scared his pregnant wife. The agents entered his home and asked him questions for approximately 45 minutes. The agents ended the conversation by stating that the FBI should not have been called because the BEP investigates their employees on a regular basis. Mr. Asghar believes that his wife had a miscarriage due to the stress and fear of these events.