# Attachment 2



**RECEIVED MAR 0 4 2005**

Form No. TDF 62-03.5 (01/03 Edition)

**TREASURY COMPLAINT CENTER DALLAS, TEXAS**

**INDIVIDUAL COMPLAINT OF EMPLOYMENT DISCRIMINATION WITH THE DEPARTMENT OF THE TREASURY**

FOR OFFICE USE ONLY
DEPARTMENT CASE NUMBER: 05-2247
FILING DATE: 3-1-5

### Part I Complainant Identification

1. Name (Last, First, Middle Initial): ASGHAR ALI
2. Telephone/Fax (Include Area Code): [redacted]
3. Present Home Address: [redacted]
4. If you are a current or former employee of the Federal government, list your most recent title, series, and grade.
   - Title: Currency Checker Processor
   - Series: KG-5
   - Grade:
5. Name and Address of Organization Where You Work (If a Treasury Employee)
   - Bureau: of Engraving and Printing
   - Business Unit: Federal Reserve Vault
   - Office and Organizational Component: Currency Production Division
   - Street Address: 14th & C St. S.W.
   - City: Washington  State: DC  Zip Code: 20228
6. Employment Status in Relation to this Complaint:
   - [ ] Applicant
   - [ ] Probationary
   - [X] Career/Career Conditional
   - [ ] Former Employee  Date Left Treasury Employment: / /
   - [ ] Retired  Date of Retirement: / /
   - [ ] Other  Specify:
7. I certify that all of the statements made in this complaint are true, complete, and correct to the best of my knowledge and belief.

Signature of Complainant or Attorney Representative: /s/
Date: 2/25/05

### Part II Designation of Representative

8. You may represent yourself in this complaint or you may choose someone to represent you. Your representative does not have to be an attorney. You may change your designation of a representative at a later date, but you must notify the Department immediately in writing of any change, and you must include the same information requested in this Part.

* I hereby designate **Mr. Robert A. Swick** (Please Print Name) to serve as my representative during the course of this complaint. I understand that my representative is authorized to act on my behalf.

www.Rob@swick.com

9. Representative's Mailing Address
   - Firm/Organization: Robert A. Swick Esquire
   - Street Address: P.O. Box 4583
   - City: Crofton  State: MD  Zip Code: 21114
10. Representative's Employer (If Federal Agency):
11. Representative's Telephone/Fax (Include Area Code): 410-721-4443
12. Complainant's Signature: /s/  Date: 2/25/05

Attachment 2

16

## Part III Alleged Discriminatory Actions

**13.** Name and Address of Treasury Bureau that took the action at issue (if different than item 5.)

Bureau _____ Office and Organizational Component _____

Street Address _____

City _____ State _____ Zip Code _____

**14.** If your complaint involves nonselection for a position, please complete the following:

Position Title _____ Series _____ Grade _____

Vacancy Announcement Number _____ / _____ / _____ Date Learned of Nonselection

**15.** (A) Describe the action taken against you that you believe was discriminatory; (B) Give the date when the action occurred, and the name of each person responsible for the action; (C) Describe how you were treated differently than other employees or applicants because of your race, color, religion, sex, national origin, age, disability, or in retaliation for your participation in the EEO process or opposition to alleged discriminatory practices; (D) Indicate what harm, if any, came to you in your work situation as a result of this action. (You may but are not required to attach extra sheets.) (E) If the basis of your complaint is your parental status, sexual orientation, or protected genetic information, use this form, but your complaint is not statutorily based and will follow a separate, parallel process.

_____
_____
_____
_____

**16.** Mark below ONLY the bases you believe were relied on to take the actions described in #15.

☐ Age (Date of Birth) _____
☒ Race (State Race) Asian
☐ Color (State Color) _____
☒ Religion (State Religion) Muslem
☐ Sex (Specify) _____
☒ National Origin (Specify) Afghanistan

☐ Physical or Mental Disability (Describe)
☒ Retaliation (Dates of Prior EEO Activity)
September / September /
DEC. 1995 / JAN. 2004
☐ Sexual Orientation
☐ Parental Status
☐ Protected Genetic Information

**17.** What remedial or corrective action are you seeking to resolve this matter?
_____

**18.** If you wish to amend your complaint (or provide additional evidence), indicate the complaint case number of that complaint.
_____

## Part IV Contact

EEO Counseling is not required if you are amending an existing open complaint. Complete items 19, 20, and 25 even if you did not contact a counselor.

**19.** When did the most recent discriminatory event occur?
___ / ___ / ___  Month / Day / Year

**20.** When did you first become aware of the alleged discrimination?
___ / ___ / ___  Month / Day / Year

**21.** When did you contact an EEO counselor?
___ / ___ / ___  Month / Day / Year

**22.** Did you discuss all actions raised in Item 15 with an EEO counselor? ☐ YES ☐ NO
(If no, explain on attached sheet)

**23.** Name and telephone number of EEO counselor.
Name _____ Telephone No. _____

**24.** When did you receive your "Notice of Right to File"?
___ / ___ / ___  Month / Day / Year

**25.** On this same matter, have you filed a grievance or appeal under:
Negotiated grievance procedure ☐ YES ☐ No
Agency grievance procedure ☐ YES ☐ No
MSPB appeal procedure ☐ YES ☐ No

If you filed a grievance or appeal, provide date filed, case number, and present status.
_____

17

## Part III Alleged Discriminatory Actions

15. (A). The action was taking against me are as follow:

___ On March of 2004 I flue to my Home country Afghanistan after about 25 years on my own leave and returned back end of May of 2004 and returned back to Work on June First and on July 15, 2004 I flue back to Afghanistan on Leave with out pay (LOW) and returned back to work first week of November.

**November 8, 2004** – I came into the Bureau of Engraving and Printing during the week of November 3rd to go to the Credit union and give some gifts that I broad from Afghanistan to my co-workers but not to return to work. My badge allowed me in and was in a green status. When I return to work on November 8th my badge was in red status and I could not get into the building. The security officer, Glen Alonzo took me upstairs to his office and asked me many weird questions then escorted me out of the building and told me not to come back until I was called by Mr. Alonzo. After couple of weeks I called Mr. Alonzo, and asked about my employment status. He told me "I am still investigated by him and he thinks I may be involved in a terrorist activity and they informed the FBI and FBI will do their investigation and then they will Make a decision about me" when I asked him what he mean by that, he said"oh, you might be involved with another terrorist group the last two weeks that we did not see each Other and you will be visited by a FBI agent soon".

**On November 23, 2004** the FBI agent showed up at my home in Woodbridge. This scared my pregnant wife. The agent came in (for approx.45 min.), asked me lots of question. When I told the agent what was going on between me and my supervisor (Mrs. Felicia Jackson and her manager (Mr. James Brent). I was told by the agent that a request by Mr. Alonzo had brought them to the house. He told me if I needed assistance in the future let him know.

The agent stated that the BEP investigates the employees on a regular basis and that the FBI should not have been called for this.

**On November 26, 2004** Mr. Alonzo called me at home and stated that I could come back to work. Due to the Thanksgiving holiday, I returned to work on November 29, 2004 and the same day I spoke to Ms. Marlene Churchill in the ADR office. In the section where I work we have three supervisors (Mr. Antoine Johnson, Mr. Ron Alexander and Mrs. Felicia Jackson), when other supervisors got aware of the situation, Mr. Alexander and Mr. Johnson asked Mrs. Jackson "why she called security on Ali Asghar" Mrs. Jackson responded" He might bring a bomb in the building because he is a terrorist"

The reason I feel treated differently than other employee because every employee take a vacation or take off for any personnel reason some times but nobody investigate them or call the FBI on them because they don't have the same religion or national origin that I have.

This whole situation effect on me and my family emotionally and psychologically, also make me fell very, very sad and humiliated and in the first day of my work when I first

18

came back, everybody looked at me like I did something very stupid and some co-worker even called me "**chemical Ali, or you are very hot etc..........**"

<u>On January 4, 2005  my supervisor Mrs. Felicia Jackson made derogatory comments about my wife being pregnant in front of all my co-worker and she was saying " my wife must have been with another man since I had been in Afghanistan for several months".</u>

**To resolve this type of matter and other type of hostile environment in this part of the BEP I am looking for the following action:**
    ____**Disciplinary action** against people who are involve in this matter (like Mrs. Jackson, Mr. Brent and Mr. Alonzo).
    ____In order to stop all of this harassment within my work environment the BEP has to reinstate my acting supervisory position which Mr. Brent and Mrs. Jackson stopped me from doing, back in March of 2003 for no reason except my race, religion, national origin and making me a permanent supervisor.
    ____I am seeking for punitive damages.

19