Attachment 3



DEPARTMENT OF THE TREASURY
WASHINGTON, D.C.

**MAY 0 5 2005**

Robert A. Swick, Esquire
P.O. Box 4583
Crofton, MD 21114

Complaint of Ali Asghar and
John W. Snow, Secretary of the Treasury
Case Number: 05-2247

Dear Mr. Swick:

This letter refers to the above referenced complaint of discrimination filed on
March 1, 2005.

Based on our review of the formal complaint and the EEO Counseling Report,
the complaint is accepted for processing under the provisions of the Equal
Employment Opportunity Commission (EEOC) regulations, 29 CFR Part 1614.
The claim(s) to be investigated is/are:

> Was the Complainant subjected to harassment, based on his race
> (Asian), national origin (Afghanistan), religion (Muslim), and reprisal
> for prior EEO complaint activity when:
>
> 1. on November 8, 2004, he was questioned by a security
>    officer, escorted out of the building, advised to not return
>    until contacted by security, and told that the reason for the
>    investigation was because he might be involved with a
>    terrorist group;
> 2. on November 23, 2004, at the request of the BEP, an FBI
>    agent visited him at his home;
> 3. on November 26, 2004, his supervisor remarked that the
>    reason that she called security on him was because he
>    "might bring a bomb into the building because he is a
>    terrorist"; and
> 4. on January 4, 2005, his supervisor made a derogatory
>    comment in front of his coworkers, referencing his wife and
>    his trip to Afghanistan?

If you disagree with the claim(s), please notify me in writing within 15 days of the
date of this letter. Please be clear and concise in your response. If no response
is received, I will assume that you agree with the claim(s) and will proceed with
the investigation of the complaint.

Attachment 3

54

An EEO Investigator will be assigned to thoroughly investigate all aspects of the claim(s) accepted for processing. The investigator has the authority to administer oaths and to require employees to furnish affidavits under oath or affirmation without a promise of confidentiality or, alternatively, by written statements under penalty of perjury. The complainant has a responsibility to cooperate with the investigator in timely scheduling an appointment, meeting with the investigator and providing necessary written statements. Failure to do so may result in the dismissal of the complaint for failure to cooperate.

Any affidavit, written statement, or documentary evidence submitted to the investigator is subject to prohibitions against improper disclosures. All parties who provide statements or documentary evidence bear the responsibility to ensure that the submissions are properly sanitized, and should consult with bureau disclosure officials if there are any questions concerning what material would constitute disclosure.

In accordance with §1614.603 of the regulations, the parties must make reasonable efforts to voluntarily settle the complaint throughout the process. The terms of any settlement agreement will be reduced to writing, and you will be given a copy.

Upon completion of the investigation, you will be furnished a copy of the Investigative File and an election form on which you may elect one of the following options: (1) a hearing and decision by an EEOC Administrative Judge; (2) a final decision by the Department of the Treasury without a hearing; or (3) withdrawal of the complaint.

You may also request a hearing from an Administrative Judge at any time after 180 days from the date of the original complaint. If you wish to amend the complaint after you have requested a hearing, you may file a motion with the Administrative Judge.

Should you request a hearing on your complaint, your request should be sent to:

**District Director**
**Washington Field Office**
**1400 L Street, N.W., Suite 200**
**Washington, DC  20005**

In accordance with 29 CFR §1614.108(g), you must send a copy of your request for a hearing to the Treasury Complaint Center - Dallas.

3

You will have the right to appeal to the EEOC, Office of Federal Operations, the Department's final decision or final order, or file a civil action in federal district court.

If you have any further questions regarding the processing of your complaint, please contact EEO Specialist Tim Voth at (972) 308-1316.

Sincerely,

James C. Parker
Operations Director
Treasury Complaint Mega-Center – Dallas
AWSS EEO & Diversity Field Services
4050 Alpha Road, MS 1010 MSRO
Dallas, TX 75244-4203

cc:    Ali Asghar

56