# Attachment 4

**AFFIDAVIT OF ALI ASGHAR, Complainant**

**City of Washington**
**District of Columbia**

1. Please identify yourself for the record by stating your name, title, grade, series, organizational name and location.

**ANSWER: Ali Asghar, Currency Checker Processor, KG-5/3. Bureau of Engraving & Printing, Currency Production, Federal Reserve Vault, 14th Street, Washington, DC 20228.**

2. Please state your race, national origin, and religion.

**ANSWER: Asian-American, Afghanistan, Muslim.**

3. Please identify the management officials to whom you report.

**ANSWER: First Line Supervisor- Antione Johnson & Ron Alexander; Second Level Management Official – Larry Grace, Third Level Manager -Mr. James Brent**

4. Are these the same management officials to whom you reported as of November 2004? If not, please give your management chain as of this date.

**ANSWER: Yes, with the addition of Felicia Jackson who was my first line supervisor along with Antoine Johnson and Ron Alexander. I had three first line supervisors in November 2004.**

5. Please describe your prior involvement in the EEO process (activity, date, case no., etc.) Indicate if the same management officials were involved.

**ANSWER: I filed formal EEO Complaints in 1996, 1999 and the current one in March 2005. I do not recall the case numbers. Mr. Brent was the only management official who has been involved in all three of my formal EEO complaints. Mr. Antoine Johnson was involved in the 1999 EEO Complaint but not from a management standpoint because he was selected for the position that I was complaining about at that time.**

6. Please describe how management (and who in management) had knowledge of that prior EEO activity. Please describe why you believe that there is a connection between your prior EEO activity and the issues raised in this complaint.

**ANSWER: Because Mr. Brent and Mr. Johnson were involved in the previous EEOs, they**

Attachment 4

1

had knowledge of them. Ms. Felicia Jackson had knowledge of the prior EEO activity because she was involved in the position selection process of my prior EEO complaint. I believe there is a connection because she has indicated to me that she does not agree with others religion. She constantly has discussions about religion and indicated to me that the Muslim faith is a false religion. She describes religion in her own way. After the 911 event, she looked at me as if I did not belong at the bureau and allowed my co-workers to make racial jokes about me in the work environment. I was and am the only person of my race in my workgroup. Everyone else in the workgroup is African American. The connection of the prior complaints is clearly established in the chronology shown in Interrogatory #7 below.

In your complaint, you claim you were subjected to harassment, based on your race (Asian), national origin (Afghanistan), religion (Muslim), and reprisal for prior EEO complaint activity when:

    a) on November 8, 2004, you were questioned by a security officer, escorted out of the building, advised not to return until contacted by security, and told that the reason for the investigation was because you might be involved with a terrorist group;

    b) on November 23, 2004, at the request of the BEP, an FBI agent visited you at your home;

    c) on November 26, 2004, your supervisor remarked that the reason that she called security on you was because you "might bring a bomb into the building because you are a terrorist;" and

    d) on January 4, 2005, your supervisor made derogatory comments in front of your coworkers, referencing your wife and your trip to Afghanistan.

7. Please describe, in chronological order, the events that led up to each of the above allegations. (e.g., *who* committed the alleged discrimination; *what* exactly occurred or was said; *where* it occurred; *when* it occurred; and whether it is still ongoing).

**ANSWER: The actions taken against me are as follows:**

*1999* – I filed an EEO complaint that was settled in February 2002 after depositions were taken by my attorney, Robert Swick in October 2001 from Felicia Jackson, Antione Johnson and James Brent. In December 2001, I signed papers to receive the Acting Supervisor KS-7 position and started training in this position effective January 2002 and every other week for one year.

*May 2002* – While in training, I made a mistake on the calculation of uncut currency sheets to the Federal Reserve Board and caught the mistake prior to sending the email to the FRB. I asked Mrs. Jackson for assistance in correcting the mistake before I sent the email forward. She made the correction on my computer and sent

the email forward. The representative from the FRB sent an email to Mr. Brent stating that they got false calculations from me. Mr. Antione Johnson was present when Mrs. Jackson made the correction and I made him aware of the fact that I made a mistake and Mrs. Jackson corrected it and forwarded the email. It is my opinion that she deliberately set me up to fail during this training period because of my prior EEO activity. After the first week of my training, Mrs. Jackson went to Mr. Bob Bernhard, 2nd level supervisor, and told him I was trying to take over everyone's job. Mr. Bernhard called me to his office the next day and asked my why was I trying to take over everyone's job. I told him that as a part of training, I had to learn everyone's job. He said O.K., I agree.

*July 2002* – Each morning during training I was required to send reports for the previous day to all supervisors involved in Currency Production and to Mr. Brent. I accidentally sent Mr. Brent the same email twice. He, therefore, contacted Mrs. Jackson informing her of the fact the email was sent twice and she told me that I am not suppose to send an email twice to the same recipient. I said O.K. and that I would make sure it's sent only once next time.

*September 2002* – An announcement opened for KG-7 Currency Verifier. I was qualified and not selected. Bob Bernhardt (Mr. Brent's assistant) said I was not selected because as an Acting Supervisor, I could not be a KG-7 Verifier. However, just recently in June 2004 an Frank Floyd (Black) was selected as an Acting Supervisor KS -7 when his job is a KG-7 Verifier. This contradicts what management had told me in 2002. When I asked Mr. Antione Johnson about this, he stated, "you could not be a KG-7 Verifier and Acting Supervisor but the other guy could."

*January 2003* – Mrs. Jackson told me you will not be Acting Supervisor anymore and gave no reason for pulling me off of this assignment. I never received any written or verbal feedback on my performance during the training period. The only performance documentation I received were my annual performance appraisals for fiscal years 2001 and 2002 which are attached to my statement.

*March 15, 2004* – I flew to my home country, Afghanistan, after about 25 years, using my own leave, and returned to the United States at the end of May 2004. I returned to work on June 1, 2004. On July 15, 2004, I flew back to Afghanistan on leave without pay (LWOP), using the FMLA because of family matters. My leave request stated it was for family matters. My stepmother had been ill during my prior visit and when I returned to Afghanistan, her condition had worsened. In fact, she died while I was there. I returned to work the first week in November.

*November 8, 2004* – I came into the BEP during the week of November 3rd to visit the credit union and to give some gifts to co-workers that I brought from Afghanistan. I was not at the Bureau to work that day. My badge allowed me in. At that time, I was in green status.   I did give Mr. Frank Floyd a gift that I had bought from

3 of 8

Afghanistan and security noticed my interaction with Mr. Floyd from the surveillance cameras and Mr. Alonso called Mr. Floyd in the next day asking him questions about our relationship. Mr. Floyd did not share with me the questios they asked. When I returned to work on November 8th, my badge was in red status, and I could not enter the building. The security officer, Glen Alonso, took me upstairs to his office and asked me many odd questions. He then escorted me out of the building and told me not to come back until he called me. After a couple of weeks of not hearing from him, I called Mr. Alonso to inquire about my employment status. He told me that I was still being investigated by him and that he thinks I "may be involved in a terrorist activity." He added that they informed the FBI, and the FBI will do an investigation of me before the Bureau reaches a decision about me. After I asked him what he meant by that, he said, "Oh, you might have been involved with another terrorist group the last two weeks that we did not see each other, and you will be visited by a FBI agent soon." I was stunned at this information because I am not a terrorist, I have never been around a terrorist and do not plan on becoming a terrorist.

*November 23, 2004* – The FBI agent showed up at my home in Woodbridge. His name was Chris. I do not recall his last name. This scared my wife, who was pregnant. The agent stayed at my house for approximately 45 minutes, asking me multiple questions. I explained to the agent the situation between me and my supervisors (Mrs. Felicia Jackson and her manager, Mr. James Brent). I was told by the agent that a request by Mr. Alonso had brought them to the house. He commented that the BEP regularly investigates its employees and that the FBI should not have been involved in this matter. He stated that he did not feel the evidence warranted his coming out there. He apologized to me and my wife who was so nervous during the entire time he was there. He told me to contact him in the future if I needed assistance. My wife lost our baby a week later due to this harassment that was initiated by Mr. Brent and Mrs. Jackson. There are not any other employees in Office of Currency Production or the Bureau as far as I know who has been subjected to this type of harassment because they are not of the same race, national origin or religion as I am, nor have they filed EEO complaints and won as I did and had to suffer reprisal.

*November 26, 2004* – Mr. Alonso called me at home and indicated that I may return to work. Due to the Thanksgiving holiday, I returned to work on November 29, 2004. During that first day back, I spoke to Ms. Marlene Churchill in the ADR office about how management had harassed me over the past few months.

In the section where I work, there are three supervisors (Mr. Antoine Johnson, Mr. Ron Alexander, and Mrs. Felicia Jackson). When Mr. Johnson and Mr. Alexander became aware of the situation, they questioned Mrs. Jackson about her reasons for calling security on me. Mrs. Jackson replied, "He might bring a bomb in the building because he is a terrorist."

4

63

I feel that I am treated disparately at the BEP because other Bureau employees take vacations and return to work without having to first undergo a security clearance. Other employees take leave under the FMLA and are not investigated as a result of requesting this leave. I feel that I was targeted simply because I have a different religion, race and national origin than most of my co-workers. This situation has affected me and my family emotionally and psychologically. I have felt deeply saddened and humiliated. On my first day back, my co-workers looked at me as if I had done something wrong. One co-worker even called me "Chemical Ali."

*January 4, 2005* - My supervisor, Mrs. Felicia Jackson, made derogatory comments in front of my co-workers about my wife being pregnant. She stated that my wife must have been with another man because I had been in Afghanistan for several months. Mrs. Jackson later grabbed Frank Floyd and came to me and apologized in his presence and then said to me, "Are you satisfied now?" as if she was forced to apologize. The way she said it indicated to me that her apology was not sincere. No one else is talked about in this manner regarding their families because they are not of the same race, national origin or religion as I am.

8. Please describe how each incident described above was harassing to you based on your race, national origin, religion and reprisal.

ANSWER: Please see response to Interrogatory # 7.

9. What was the reason you gave management for taking the leave without pay beginning July 15, 2004 thru November 8, 2004?

ANSWER: I told Felicia Jackson I needed to take 6 months leave without pay to go to Afghanistan for family matters. I explained to her the situation about how I lost my brothers to the Communist Government and they killed my father and other relatives. I was not allowed in the country. Then I got an opportunity to go in 2004 when I learned it was O.K. to return. In addition, I told her that my mother was ill (this was my stepmother and I have always referred to her as my mother. She subsequently died while I was there). So I needed to go to visit her and to recover what was rightfully mine and to look for my brothers. Mrs. Jackson said to me that the only way I would be approved for six months LWOP would be under the FMLA, so she told me to check that box off on the leave request.

10. Ms. Felicia Jackson stated she never called you a terrorist. She stated you told her that you were going to Afghanistan because of your mother's illness and it was later discovered that your mother had past several years earlier. This raised a red flag as far as she was concerned that you left the country twice within one year. She also stated you told Mr. Johnson something different for the reason you went to Afghanistan. How do you respond to these statements?

5

64



**ANSWER:** She did, in fact call me a terrorist as she stated this to Mr. Antione Johnson and Mr. Ron Alexander. She also stated this to Mr. Brent and Mr. Alonso to cause them to have me investigated by the FBI. I stated that my mother was ill because in my culture, a man can have multiple wives because they do not get divorces. I referred to my stepmother as my mother because my father was married to my stepmother and my biological mother was dead. My stepmother was very ill and died around mid-August 2004 while I was visiting. I used my accrued leave to travel to Afghanistan during my first visit there in 2004 to be with my stepmother and LWOP under the FMLA during my second visit there. If I had known the Bureau would have tried investigating me for the FMLA, I would not have called my stepmother my mother. I would have said stepmother.

11. How has management treated others in similar situations? Specify the date the event/s occurred, who was involved and what happened.

**ANSWER:** As far as I know, I have been the only person subject to a bogus terrorism investigation by the FBI. Another employee was getting married at Bowling Airforce Base and everyone in the workgroup was invited except me because I was told since this was a tightly secured facility and in light of the 911 incidents, I would not be allowed to enter. I did not attend this function.

12. Explain why you believe that you were treated differently than others.



**ANSWER:** Please see response to Interrogatory #7. I was treated differently because I am an Asian American from Afghanistan of the Muslim faith.

13. Please describe why you believe that there is a connection between your (a) race, (b) national origin, (c) religion, (d) reprisal and the issues raised in this complaint. Please be specific in describing the connection separately for each basis claimed by identifying this connection by the respective alphabet shown in parenthesis and the issue(s) it applies to.

**ANSWER:** Please see response to question 7. Although I have suffered a 10-year history of harassment due to retaliation, race, national origin and religion, I only went back to 1999 in describing incidents that tied in to the incidents raised in this complaint.

14. Did you report the alleged harassment to any management official(s) (e.g., a supervisor in your management chain, or an EEO official)? If so, please identify the management official(s), and in chronological order, provide the date(s) of your discussion(s) and describe the substance of the discussion(s). If you did not report the allegedly harassing conduct, discuss why you did not. If you believe that management should have had knowledge of the alleged harassment even in the absence of your reporting it (e.g., it was so pervasive that it would have been hard to miss), please discuss the reasons for your belief.



6 of 8

65

ANSWER: Please see response to question 7. I notified Mr. Arthur Hicks in EEO and Mr. Brent. We went through mediation that was unsuccessful. I do not recall the exact dates but it was upon my return to work in November 2004. We discussed the incidents that happened to me upon my return to the Bureau in November 2004 and the visit I received from the FBI as well as the comments made about my wife by Mrs. Jackson. I know management had knowledge of the harassing incidents by their actions and the fact that Mrs. Jackson stated that she was trapped by management. When I complained about how my co-workers were making racial comments to me, Mr. Brent stated, "What do you expect as a blue collar worker? If you are not happy, maybe you should seek employment somewhere else." I enjoy the work that I do and I do not plan to go anywhere else. A blue collar worker should not be treated any differently than a white collar worker and should be allowed to work in a harassment free environment.

15. What action(s), if any, did management take to address the alleged harassment? Did the harassment stop as a result of the action(s)? If so, provide the date when it stopped.

ANSWER: Ms. Jackson was moved back to Note Packaging Section from the Federal Reserve Vault. This action did not stop the harassment but the harassing comments by my co-workers were stopped by Mr. Ron Alexander when he spoke with the employees in the Section around mid February 2005.

16. Please describe the relationship you had with [the alleged harassers] prior to the time that the harassment allegedly began. Was the relationship professional only, or was it personal as well. Please include the name(s) of all alleged harassers.

ANSWER: The alleged harassers are Ms. Felicia Jackson and Mr. James Brent and my relationship with each of them is professional only.

17. Are you aware of any witnesses to the incidents of alleged harassment described in your claim? If so, please identify each witness, and briefly describe what information each can provide.

ANSWER: Mario Ross and Frank Floyd, Pappy Knight, Kevin Lee and Ronald Green overheard comment made by Felicia Jackson about my wife being pregnant stating Ali, you were not here for six months, how did she get pregnant... she must have been with another man. These individuals can also attest to Ms. Jackson calling me a terrorist.

18. Do you have any documents that relate to the harassment you have alleged? If so, please describe them and provide copies of them.

ANSWER: I have attached a copy of my leave requests and approval for leave under the FMLA to this statement.

19. Describe how you have been harmed by the alleged harassment.

7

66

ANSWER: I am frustrated that the Bureau continues to retaliate against me because of my EEO complaints, race, national origin and religion. The 911 incident was unfortunate for the entire nation. However, it is not fair to me to be singled out because of my national origin, race and religion. I am scrutinized by everything I say and do. Then, I have to seek relief through the EEO process and management always wants to settle because of their discriminatory acts. I am tired of being humiliated and treated as an outsider. My family has suffered in that my wife lost our unborn child. I really would like for this discrimination against me to cease.

20. What do you request as a remedy?

ANSWER:

    a. Disciplinary action against all persons involved (Felicia Jackson & James Brent);
    b. Reinstatement as a permanent supervisor, KS-7 Non-craft Supervisor
    c. Damages of $300,000; and
    d. Reasonable attorney's fees

I have read the above statement, consisting of eight (8) pages, and it is true and complete to the best of my knowledge and belief. I understand that the information I have given is not to be considered confidential and that it may be shown to the interested parties.

_____
(Deponent's Signature)

Subscribed and (sworn to) (affirmed) before me at _the BEP in Washington, DC_ on this _16th_ day of _June_ 2005.

_____
(Investigator's Signature)

8

67