# Attachment 6

# REQUEST FOR LEAVE OR APPROVED ABSENCE

71-113

| 1. NAME (Last, First, Middle Initial) | 2. EMPLOYEE OR SOCIAL SECURITY NUMBER |
|---|---|
| GHAR ALI | [redacted] |

**3. ORGANIZATION** FEDERAL RESERVE VAULT

| 4. TYPE OF LEAVE/ABSENCE (Check appropriate box(es) below.) | DATE From: | To: | TIME From: | To: | TOTAL HOURS | 5. FAMILY AND MEDICAL LEAVE |
|---|---|---|---|---|---|---|
| ☐ Accrued Annual Leave | | | | | | If annual leave, sick leave, or leave without pay will be used under the Family and Medical Leave Act of 1993, please provide the following information: |
| ☐ Restored Annual Leave | | | | | | |
| ☐ Advanced Annual Leave | | | | | | ☐ I hereby invoke my entitlement to Family and Medical Leave for: |
| ☐ Accrued Sick Leave | | | | | | ☐ Birth/Adoption/Foster Care |
| ☐ Advanced Sick Leave | | | | | | ☒ Serious Health Condition of Spouse, Son, Daughter, or Parent |
| Purpose: ☐ Medical/dental/optical examination of requesting employee   ☐ Other | | | | | | ☐ Serious Health Condition of Self |
| ☐ Care of family member/bereavement, including medical/dental/optical examination of family member | | | | | | |
| ☐ Compensatory Time Off | | | | | | Contact your supervisor and/or your personnel office to obtain additional information about your entitlements and responsibilities under the Family and Medical Leave Act of 1993. |
| ☐ Other Paid Absence (Specify in Remarks) | | | | | | |
| ☐ Leave Without Pay | July 2004 | Dec 31 2004 | 4:30PM | 1:00PM | 1152 | |

**6. REMARKS** I have to go to my native country for some family matters (AFGHANISTAN)

**7. CERTIFICATION:** I hereby request leave/approved absence from duty as indicated above and certify that such leave/absence is requested for the purpose(s) indicated. I understand that I must comply with my employing agency's procedures for requesting leave/approved absence (and provide additional documentation, including medical certification, if required) and that falsification of information on this form may be grounds for disciplinary action, including removal.

EMPLOYEE SIGNATURE [signed]   DATE 6/16/04

**8. OFFICIAL ACTION ON REQUEST:** ☒ APPROVED   ☐ DISAPPROVED
(If disapproved, give reason. If annual leave, initiate action to reschedule.)

SIGNATURE [signed]   DATE 6-18-04

## PRIVACY ACT STATEMENT

Section 6311 of Title 5, United States Code, authorizes collection of this information. The primary use of this information is by management and your payroll office to approve and record your use of leave. Additional disclosures of the information may be: To the Department of Labor when processing a claim for compensation regarding a job connected injury or illness; to a State unemployment compensation office regarding a claim; to Federal Life Insurance or Health Benefits carriers regarding a claim; to a Federal, State, or local law enforcement agency when your agency becomes aware of a violation or possible violation of civil or criminal law; to a Federal agency when conducting an investigation for employment or security reasons; to the Office of Personnel Management or the General Accounting Office when the information is required for evaluation of leave administration; or the General Services Administration in connection with its responsibilities for records management.

Where the employee identification number is your Social Security Number, collection of this information is authorized by Executive Order 9397. Furnishing the information on this form, including your Social Security Number, is voluntary, but failure to do so may result in disapproval of this request.

If your agency uses the information furnished on this form for purposes other than those indicated above, it may provide you with an additional statement reflecting those purposes.

STANDARD FORM 71 (REV. 12-97)
Prescribed by OFFICE OF PERSONNEL MANAGEMENT, 5 CFR Part 630

Attachment 6

# Request for Leave or Approved Absence

**1. Name** (Last, first, middle)
ASGHAR ALI

**2. Employee or Social Security Number**

**3. Organization**
FEDERAL RESERVE VAULT ( CURRENCY PRODUCTION DIVISION )

**4. Type of Leave/Absence**

| Check appropriate box(es) and enter date and time below) | Date From | Date To | Time From | Time To | Total Hours |
|---|---|---|---|---|---|
| ☒ Accrued annual leave | 4/15/2005 | 5/20/2005 | 4:30AM | 1:00PM | 208 |
| ☐ Restored annual leave | | | | | |
| ☒ Advance annual leave | | | | | |
| ☒ Accrued sick leave | | | | | |
| ☐ Advance sick leave | | | | | |

Purpose:
- ☐ Illness/injury/incapacitation of requesting employee
- ☐ Medical/dental/optical examination of requesting employee
- ☐ Care of family member, including medical/dental/optical examination of family member, or bereavement
- ☐ Care of family member with a serious health condition
- ☒ Other

- ☐ Compensatory time off
- ☐ Other paid absence (specify in remarks)
- ☐ Leave without pay

**5. Family and Medical Leave**

If annual leave, sick leave, or leave without pay will be used under the Family and Medical Leave Act of 1993 (FMLA), please provide the following information:

☐ I hereby invoke my entitlement to family and medical leave for:

- ☐ Birth/Adoption/Foster care
- ☐ Serious health condition of spouse, son, daughter, or parent
- ☐ Serious health condition of self

Contact your supervisor and/or your personnel office to obtain additional information about your entitlements and responsibilities under the FMLA. Medical certification of a serious health condition may be required by your agency.

**6. Remarks**
DO TO A FAMILY EMERGENCY SITUATION, I HAVE TO TAKE SOME TIME OFF AND I AM REQUESTING FOR SOME ADVANCED LEAVE. I DO APPRECIATE YOUR CONSIDERATION. THANK YOU

**7. Certification:** I certify that the leave/absence above is for the purpose(s) indicated. I understand that I must comply with my employing agency's procedures for requesting leave/approved absence (and provide additional documentation, including medical certification, if required) and that falsification of information on this form may be grounds for disciplinary action, including removal.

**7a. Employee signature** [signed]
**7b. Date signed** 4/8/05

**8a. Official action on request**
☒ Approved    ☐ Disapproved    (If disapproved, give reason. If annual leave, initiate action to reschedule.)

**8b. Reason for disapproval**

**8c. Signature** [signed]
**8d. Date signed** 4-8-05

**Privacy Act Statement**

Section 6311 of title 5, United States Code, authorizes collection of this information. The primary use of this information is by management and your payroll office to approve and record your use of leave. Additional disclosures of the information may be: To the Department of Labor when processing a claim for compensation regarding a job connected injury or illness; to a State unemployment compensation office regarding a claim; to Federal Life Insurance or Health Benefits carriers regarding a claim; to Federal, State, or local law enforcement agency when your agency becomes aware of a violation or possible violation of civil or criminal law; to a Federal agency when conducting an investigation for employment or security reasons; to the Office of Personnel Management of the General Accounting Office when the information is required for evaluation of leave administration; or the General Services Administration in connection with its responsibilities for records management.

Public Law 104-134 (April 26, 1996) requires that any person doing business with the Federal Government furnish a social security number or tax identification number. This is an amendment to title 31, Section 7701. Furnishing the social security number, as well as other data, is voluntary, but failure to do so may delay or prevent action on the application. If your agency uses the information furnished on this form for purposes other than those indicated above, it may provide you with an additional statement reflecting those purposes.

Office of Personnel Management
5 CFR 630

Local Reproduction Authorized

OPM Form 71
June 2001
Formerly Standard Form (SF) 71

0028