# Attachment 10

Page 1

1        UNITED STATES DISTRICT COURT

2        FOR THE DISTRICT OF COLUMBIA

3   ALI ASGHAR,                          :

4            Plaintiff,                  :

5        v.                              : Case No.

6   JOHN SNOW, SECRETARY,                : 06-0400 (RJL)

7   U.S. DEPARTMENT OF TREASURY,         :

8            Defendant.                  :

9                                        : Pages 1 - 89

10

11

12

13           Deposition of FELICIA JACKSON

14                 Washington, D.C.

15              Monday, July 23, 2007

16

17

18

19

20   Reported by: George W. Tudor, RPR

21   Job No. 182205A

**Page 2**

July 23, 2007
11:15 a.m.

Deposition of FELICIA JACKSON, held at the:

Law Offices of David A. Branch
1825 Connecticut Avenue, N.W.
Suite 690
Washington, D.C. 20009

Pursuant to notice, before George W. Tudor, RPR, a Notary Public of the District of Columbia.

**Page 3**

ON BEHALF OF THE PLAINTIFF:
  DAVID A. BRANCH, ESQUIRE
  1825 Connecticut Avenue, N.W.
  Suite 690
  Washington, D.C. 20009
  202.785.2805

ON BEHALF OF THE DEFENDANT:
  CLAIRE WHITAKER, ESQUIRE
  Assistant United States Attorney
  United States Attorney's Office
  Civil Division
  555 4th Street, N.W., Room E-4202
  Washington, D.C. 20530
        -and-
  GAIL SERENCO, ESQUIRE
  Department of the Treasury
  Bureau of Engraving and Printing
  14th and C Streets, S.W., Room 419-A
  Washington, D.C. 20228
  202.874.2946

**Page 4**

I N D E X
EXAMINATION OF FELICIA JACKSON
BY:                          PAGE:
MR. BRANCH:                    5

EXHIBITS  DESCRIPTION              PAGE
No exhibits were marked.

**Page 5**

Thereupon,
        FELICIA JACKSON,
a Witness, called for oral examination by counsel for the Plaintiff, having been duly sworn by the Notary Public, was examined and testified as follows:
        EXAMINATION BY COUNSEL FOR THE PLAINTIFF
BY MR. BRANCH:
  Q. Please state your name.
  A. Felicia Childs Jackson.
  Q. Will you spell your first name, Ms. Jackson?
  A. F-E-L-I-C-I-A.
  Q. Good morning, Ms. Jackson. My name is David Branch. We are here today to take your deposition. I don't anticipate that we will go very long today, but I want to give you some of the ground rules for the deposition.
        If you need to take a break at any point during the deposition, let me know and I will accommodate that request. If there is a question

Page 6

1  pending for you to answer, you will need to answer
2  the question before you take a break.
3      If you're not sure what's being asked of
4  you at any point during the deposition, let me
5  know and I'll repeat or rephrase the question so
6  that you have a clear understanding. Do you
7  understand that?
8      A. Yes.
9      Q. It's your obligation to answer the
10 questions truthfully and honestly. If I ask you a
11 question and you don't know the answer, but you
12 think of the answer later on during the
13 deposition, let me know so that you can answer the
14 question.
15     You should provide a verbal response to
16 any question asked of you. It's not appropriate
17 to nod your head or respond in a nonverbal manner;
18 do you understand that?
19     A. Yes.
20     Q. Your testimony today is under oath, and
21 even though this seems like an informal

Page 7

1  proceeding, it is a formal proceeding and the
2  transcript will be available for use at trial or
3  later on in the proceedings, if necessary.
4      Are you taking any medication or
5  receiving any treatment from a health care
6  professional which would impair your ability to
7  understand and answer the questions?
8      A. No.
9      Q. Are you currently employed?
10     A. Yes.
11     Q. Who is your employer?
12     A. The Bureau of Engraving and Printing.
13     Q. What is your current position?
14     A. Currently, checker processor supervisor.
15     Q. What is your grade?
16     A. KS-7.
17     Q. How long have you worked for the Bureau
18 of Engraving and Printing?
19     A. Twenty years.
20     Q. So this is 2007. When did you start?
21     A. 1987.

Page 8

1      Q. Where is your work location?
2      A. 14th and C Street, Southwest,
3  Washington, D.C.
4      MR. BRANCH: Ms. Whitaker, should this
5  matter proceed to trial, are you agreeable to
6  making her available?
7      MS. WHITAKER: At trial?
8      MR. BRANCH: Yes.
9      MS. WHITAKER: We will, assuming that
10 she is still an employee.
11     MR. BRANCH: Well, I ask that because
12 I'll need to get her address. Sometimes there is
13 an objection. If you're willing to make her
14 available, I wouldn't get her address. If you're
15 not, then I'll need to get her address on the
16 record.
17     MS. WHITAKER: If you give us Privacy
18 Act consent, we will stipulate --
19     MR. BRANCH: I'm sorry, your voice is
20 tapering off. I didn't hear.
21     MS. WHITAKER: If you give us a Privacy

Page 9

1  Act, stipulated consent order to keep this type of
2  information, Privacy Act information confidential,
3  we will give you the home address.
4      MR. BRANCH: Okay, that's fine, as long
5  as it's clear. We can take care of that later.
6      Q. How far have you gone in school,
7  Ms. Jackson?
8      A. College.
9      Q. Do you have a college degree?
10     A. No.
11     Q. How much college?
12     A. Two years.
13     Q. What school?
14     A. Prince George's Community College.
15     Q. Where did you attend high school?
16     A. Largo High School.
17     Q. What year did you graduate?
18     A. 1985.
19     Q. Did you grow up in Prince George's
20 County, Maryland?
21     A. Yes. Washington, D.C. and Prince

3 (Pages 6 to 9)

Page 26

1  or in any other capacity?
2  A. Currency checker processor/acting
3  supervisor.
4  Q. In 2004?
5  A. Um-hmm.
6  Q. What period did he work as an acting
7  supervisor?
8  A. I want to say 2003, 2004.
9  Q. When he was the acting supervisor, did
10 he report to you or to someone else?
11 A. He reported to me, as well as to someone
12 else.
13 Q. Who was the other person that he
14 reported to?
15 A. Antoine Johnson.
16 Q. Do you recall when Mr. Asghar requested
17 leave to go to Afghanistan in 2004?
18 A. Yes.
19 Q. Were you his supervisor at that time?
20 A. Yes.
21 Q. Did you have any involvement in

Page 27

1  approving his request for leave?
2  A. No.
3  Q. Who approved his request for leave?
4  A. Antoine Johnson.
5  Q. Why were you not involved in approving
6  this leave request?
7  A. He had the choice to go to which
8  supervisor he wants to communicate with.
9  Q. Was Mr. Johnson also Mr. Asghar's
10 supervisor?
11 A. Yes.
12 Q. At some point in 2004, were you
13 questioned about why Mr. Asghar went to
14 Afghanistan?
15    MS. WHITAKER: Objection. To the extent
16 you can answer.
17 A. Can you repeat the question?
18 BY MR. BRANCH:
19 Q. In 2004, were you questioned in any way
20 about why Mr. Asghar went to Afghanistan?
21 A. The second time he went.

Page 28

1  Q. Okay. The second time Mr. Asghar went
2  to Afghanistan, you were questioned on why he went
3  to Afghanistan?
4  A. Let me get this right. It wasn't -- I
5  want to answer it correctly. Can you repeat the
6  question one more time?
7  Q. I asked you previously if you were
8  questioned in 2004 on why Mr. Asghar went to
9  Afghanistan, and your response was that you were
10 questioned the second time he went to Afghanistan;
11 is that correct? Were you questioned the second
12 time?
13 A. Can I -- no. No. I want to make sure I
14 answer correctly. I was not questioned why he
15 went.
16 Q. Did you have any discussion with anyone
17 on why Mr. Asghar went to Afghanistan?
18 A. Yes. Yes, I did.
19 Q. And who did you discuss --
20 A. I had a discussion with Antoine Johnson.
21 Q. So you discussed with Antoine Johnson

Page 29

1  why Mr. Asghar went to Afghanistan.
2  A. Yes.
3  Q. How did this discussion come about?
4  A. I can't remember.
5  Q. When did this discussion take place?
6  A. It was the second time he went.
7  Q. What month?
8  A. July.
9  Q. July of 2004?
10 A. Yes.
11 Q. And how did this discussion begin?
12 A. I don't know. I can't remember how it
13 began.
14 Q. Did Mr. Johnson approach you or did you
15 approach Mr. Johnson?
16 A. No, we were just talking.
17 Q. And how did this issue come up?
18 A. I can't remember.
19 Q. And what was said in the discussion?
20 A. Why Mr. Asghar went to Afghanistan.
21 Q. Who said that?

Page 34

1  recall Mr. Asghar telling you when he returned --
2     A. Well, I was assuming that that was --
3  well, he was saying that he needed to return to
4  Afghanistan, so I was taking that as to be asking
5  for leave, to take leave to go to Afghanistan and
6  take care of his mother.
7     Q. When Mr. Asghar returned from
8  Afghanistan, you had a conversation with him,
9  correct?
10    A. Yes.
11    Q. How many times did you talk to him after
12 he returned to Afghanistan about his travels to
13 Afghanistan?
14    A. Probably, I don't know, maybe twice.
15    Q. And what did he tell you during those
16 conversations?
17    A. He just told me his mother was sick.
18    Q. Did he tell you anything else?
19    A. That he needed to take care of family
20 matters. That was it.
21    Q. Did he tell you anything else?

Page 35

1     A. No.
2     Q. Did he tell you that he needed to return
3  to Afghanistan?
4     A. Oh, yeah; I'm sorry, yes, he did, yes.
5     Q. Did he tell you anything else?
6     A. No.
7     Q. So he told you his mother was sick, he
8  needed to take care of some family matters and he
9  needed to return to Afghanistan.
10    A. Yes.
11    Q. Now, when you spoke to Mr. Johnson, you
12 told Mr. Johnson that Mr. Asghar said that his
13 mother was sick.
14    A. Yes.
15    Q. And Mr. Johnson told you that Mr. Asghar
16 told him another reason for his need to travel to
17 Afghanistan.
18    A. Yes.
19    Q. And you did not tell Mr. Johnson at that
20 point that Mr. Asghar told you that he needed to
21 travel to Afghanistan to take care of family

Page 36

1  matters.
2     A. No, Mr. Johnson was already aware of
3  that.
4     Q. No, I'm asking you did you tell
5  Mr. Johnson --
6     A. No.
7     Q. Did you speak to anyone else about the
8  fact that Mr. Asghar needed to travel to
9  Afghanistan because his mother was sick and he
10 needed to take care of family matters?
11    A. Yes.
12    Q. Who else did you speak to about it?
13    A. James Brent.
14    Q. And what did you discuss with James
15 Brent?
16    A. That Mr. Asghar said his mother was
17 sick.
18    Q. Did you also tell Mr. Brent that
19 Mr. Asghar said he needed to travel to Afghanistan
20 to take care of some family matters?
21    A. I don't remember telling him that.

Page 37

1     Q. When did you have this discussion with
2  Mr. Brent?
3     A. It was after Mr. Asghar was gone.
4     Q. On the second trip.
5     A. Yes.
6     Q. Did he leave on the second trip in July?
7     A. I can't -- I believe July or August, I'm
8  not sure. I can't remember.
9     Q. What was Mr. Brent's response?
10    A. I can't remember. He just looked
11 like -- okay.
12    Q. Now, when Mr. Asghar returned from his
13 first trip to Afghanistan, was that the first time
14 he told you that his mother was sick?
15    A. That I can remember, yes.
16    Q. And was that the only time that he told
17 you that his mother was sick?
18    A. Yes, that I can remember, yes.
19    Q. Did you discuss with anyone else the
20 fact that Mr. Asghar returned to Afghanistan
21 because either his mother was sick or he needed to

Page 42

1 terrorist," had Mr. Asghar done anything that
2 would cause you to believe that he was a
3 terrorist?
4     A. Just the fact that he told two different
5 stories why he was going to Afghanistan.
6     Q. Do you recall what he told Mr. Johnson
7 about why he went to Afghanistan?
8     A. No.
9     Q. Did he tell Mr. Johnson he went to
10 Afghanistan to take care of family matters?
11     A. I can't -- I can't recall.
12     Q. Did Mr. Johnson tell you why
13 Mr. Asghar -- or did Mr. Johnson tell you the
14 reason Mr. Asghar gave him for going to
15 Afghanistan?
16         MS. WHITAKER: Objection, asked and
17 answered.
18     A. Yes, but I don't remember what he said,
19 but it wasn't the same thing he told me.
20 BY MR. BRANCH:
21     Q. So your testimony today, under oath, is

Page 43

1 you don't remember what Mr. Johnson --
2     A. I do not remember what he said.
3     Q. Allow me to finish.
4     A. I'm sorry.
5     Q. Your testimony today under oath is you
6 don't remember what Mr. Johnson told you about why
7 Mr. Asghar needed to go to Afghanistan.
8     A. Correct.
9     Q. But you do remember it was different
10 from what Mr. Asghar told you.
11     A. Yes.
12     Q. How do you recall that it was different
13 if you don't know what it was, if you don't
14 remember what it was?
15     A. Because I remember that it wasn't,
16 because that's what raised a flag as far as I was
17 concerned; it wasn't the same thing he had told
18 me.
19     Q. Did Mr. Asghar discuss with you at any
20 point that he had a stepmother, first?
21     A. No.

Page 44

1     Q. Did he discuss with you the fact that
2 his father had been married at least twice?
3     A. No.
4     Q. Did Mr. Asghar discuss with you the fact
5 that he called his stepmother "mother"?
6     A. No.
7     Q. Is it true that the only thing that he
8 said about his mother was that she was sick?
9     A. Yes.
10     Q. Was there any response from Mr. Johnson
11 or Mr. Alexander when you said that Mr. Asghar
12 could be a terrorist?
13     A. No.
14     Q. Did you discuss with anyone else your
15 belief or suspicion that Mr. Asghar may be a
16 terrorist?
17     A. Mr. Brent.
18     Q. What was said in your discussion with
19 Mr. Brent?
20     A. I notified Mr. Brent that Mr. Asghar
21 told me one thing and told Mr. Johnson another and

Page 45

1 that he could be a terrorist, that we didn't know.
2     Q. When did you tell Mr. Brent that
3 Mr. Asghar could be a terrorist?
4     A. Right after we had this conversation,
5 Antoine Johnson and I.
6     Q. Did you discuss with anyone else your
7 belief that Mr. Asghar could be a terrorist?
8         MS. WHITAKER: Objection, asked and
9 answered.
10     A. No.
11 BY MR. BRANCH:
12     Q. And after your conversation with
13 Mr. Alexander and Mr. Johnson, did you learn some
14 additional information which led you to believe
15 that Mr. Asghar may be a terrorist?
16     A. No.
17     Q. So when you told Mr. Brent that you
18 believed that Mr. Asghar could be a terrorist, is
19 it true that you didn't have any information
20 confirming that belief?
21         MS. WHITAKER: Objection.

12 (Pages 42 to 45)

Page 70

1  you believed that Mr. Asghar could bring a bomb
2  into the building?
3     A.  Not to my remembrance, no.
4     Q.  Did you receive any type of discipline
5  for stating that Mr. Asghar could be a terrorist
6  or could bring a bomb in the building?
7        MS. WHITAKER: Objection, but you can
8  answer.
9     A.  No.
10 BY MR. BRANCH:
11    Q.  Did anyone discipline or make any
12 comments to you about the fact that you had
13 reported that Mr. Asghar could be a terrorist or
14 could bring a bomb in the building?
15    A.  No.
16    Q.  So Mr. Brent never said anything to you
17 about the fact that you made these statements,
18 that Mr. Asghar could be a terrorist or could
19 bring a bomb into the building?
20    A.  No.
21    Q.  Did anyone tell you that you exercised

Page 71

1  poor judgment in making these comments?
2     A.  No.
3     Q.  Did you believe that you exercised poor
4  judgment in making these comments?
5     A.  No.
6     Q.  Do you believe it was appropriate for
7  you to state that another employee could be a
8  terrorist or could bring a bomb in the building?
9        MS. WHITAKER: Objection.
10    A.  No.
11 BY MR. BRANCH:
12    Q.  When you say no, are you saying that you
13 believe that it was appropriate or inappropriate?
14    A.  I'm saying, personally, no, it was not
15 inappropriate.
16    Q.  And why do you believe it was not
17 inappropriate for you to state that another
18 employee could be a terrorist or could bring a
19 bomb into the building?
20    A.  I say that because I was told one story
21 and someone else a different story, and that's

Page 72

1  where I just -- I don't believe that I was told
2  the truth as to why Mr. Asghar went to
3  Afghanistan.
4     Q.  What part of what Mr. Asghar told you
5  was not the truth?
6     A.  Well, you know, you tell me one thing
7  and then you tell someone else something else.
8  That's what I'm saying, that you didn't tell me
9  the same thing you told the other individual, so I
10 don't know what's true and what's a lie.
11    Q.  Did you make any comments about
12 Mr. Asghar's wife?
13    A.  Yes.
14    Q.  And what did you say about Mr. Asghar's
15 wife?
16    A.  I was joking with Mr. Asghar and said,
17 "Well, Mr. Asghar, you was gone a long time. You
18 know what they said, 'Momma's baby, Poppa's
19 maybe.'"
20    Q.  What did you mean by that?
21    A.  That he could be the father, he could

Page 73

1  not.
2     Q.  Was Mr. Asghar's wife pregnant?
3     A.  Yes.
4     Q.  And you stated that Mr. Asghar, it's
5  possible that he could not be the father of his
6  child?
7     A.  Yes, but I was joking with Mr. Asghar.
8     Q.  What was Mr. Asghar's response?
9     A.  He didn't say anything at the time, but
10 once I found out that he was offended by it, I
11 went and apologized to him.
12    Q.  Did you voluntarily go and apologize?
13    A.  Voluntary went, yes, I did.
14    Q.  Was anyone else present --
15    A.  Frank Floyd.
16    Q.  Allow me to finish. Was anyone else
17 present when you apologized?
18    A.  Yes, Frank Floyd.
19    Q.  What did you say to Mr. Asghar?
20    A.  I told Mr. Asghar I did not know that I
21 offended him and I apologized.

Felicia Jackson

Page 74

1  Q. When did this incident occur?
2  A. When I said it or when I apologized?
3  Q. When you said it.
4  A. He was in a vault doing a delivery.
5  Q. Was it January of 2005?
6  A. I don't know. I don't remember what
7  month it was.
8  Q. And Mr. Asghar worked under your
9  supervision at the time?
10 A. Yes.
11 Q. Had Mr. Asghar ever made any comment to
12 you which would suggest to you that he would be
13 open to you making that type of comment to him?
14 A. We always joked with one another.
15 Q. Did Dr. Asghar joke with you?
16 A. Yes.
17 Q. What did he say to you?
18 A. I can't say anything specific, but
19 everybody had that type of relationship where we
20 worked.
21 Q. Did he ever say anything to you that

Page 75

1  would lead you to believe that he would be open to
2  that type of comment?
3  A. No.
4  Q. Did any supervisor direct you to
5  apologize to Mr. Asghar?
6  A. No.
7  Q. What was Mr. Asghar's response when you
8  apologized?
9  A. He said "Okay." He said, "Okay," and he
10 was just upset about security going to his house.
11 Q. Did you learn at some point that the FBI
12 went to Mr. Asghar's house?
13 A. Yes, Mr. Asghar told me himself.
14 Q. What did Mr. Asghar tell you about the
15 FBI visiting him?
16 A. He said that they came to his house and
17 talked to him and scared his wife. That's the
18 only thing I can remember.
19 Q. Did he tell you that when he returned?
20 A. He told me that over the phone.
21 Q. Before he returned?

Page 76

1  A. It was the same time when he said I
2  couldn't get in the building.
3  Q. Was that the first time that you heard
4  that the FBI had come to his house?
5  A. Yes.
6  Q. Did you have any discussions with
7  Mr. Brent or Mr. Jackson -- I'm sorry --
8  Mr. Brent, Mr. Johnson or Mr. Alexander on how
9  Mr. Asghar was treated after he returned from
10 Afghanistan the second time?
11 A. Yes.
12 Q. Who did you have discussions with?
13 A. I believe it was Mr. Johnson and Mr.
14 Alexander.
15 Q. What was discussed during those
16 conversations?
17 A. That we all believed that it was taken a
18 little too far as far as the FBI going to his
19 house.
20 Q. Did you believe it was taken a little
21 bit too far?

Page 77

1  A. Oh, yes.
2  Q. You didn't understand that if you made a
3  comment that somebody may bring a bomb into the
4  building, that it could have criminal
5  implications.
6  A. Yes.
7  Q. So you believe it was taken too far when
8  the FBI went to his house?
9  A. Yes, because I was under the assumption
10 that they would talk to Mr. Ali -- to Ali first.
11 Q. What was said during this discussion
12 with yourself, Alexander and Mr. Johnson?
13 A. That was it.
14 Q. So all three of you were in agreement
15 that the agency had taken it too far?
16 A. I wouldn't say Mr. Johnson, because he
17 was -- he's really quiet; he really doesn't
18 express himself a lot, but Mr. Alexander and
19 myself, yes.
20 Q. What did you say?
21 A. I just didn't understand why they -- why