Attachment 11

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
------------------------x
ALI ASGHAR,                     :
                                :
          Plaintiff,            :
                                :
          v.                    : C.A. No. 06-0400(RJL)
                                :
JOHN W. SNOW et al.,            :
                                :
          Defendants.           :
------------------------x
```

Washington, D.C.

Tuesday, June 5, 2007

Deposition of

ALI ASGHAR

Plaintiff, called for examination by counsel for
Defendants, pursuant to notice and agreement of
counsel, beginning at approximately 9:41 a.m., at
United States Attorney's Office for the District
of Columbia, 501 3rd Street, NW., Washington, D.C.,
before Chris A. Mazzochi of Beta Court Reporting,
notary public in and for the District of Columbia,
when were present on behalf of the respective
parties:

Attachment 11

**2**

1  APPEARANCES:
2    On behalf of Plaintiff:
3      DAVID A. BRANCH, ESQUIRE
    Law Offices of David A. Branch
4      1825 Connecticut Avenue, NW.
    Washington, D.C. 20009
5      (202) 785-2805
6    On behalf of Defendants:
7      CLAIRE WHITAKER, ESQUIRE
    GAIL SIRENCO, ESQUIRE
8      United States Attorney's Office
    for the District of Columbia
9      555 4th Street, NW.
    Washington, D.C. 20530
10     (202) 514-7157
11
12     * * * * *
13
14
15
16
17
18
19
20
21
22

**3**

1       CONTENTS
2  EXAMINATION BY:       PAGE
3    Counsel for Defendants    5
4    Counsel for Plaintiff    249
5  FURTHER EXAMINATION BY:
6    Counsel for Defendants    256
7  DEPOSITION EXHIBITS:
8  No. 1 - Complaint    63
9  No. 2 - Responses to Interrogatories  60
10
11
12     * * * * *
13
14
15
16
17
18
19
20
21
22

**4**

1      PROCEEDINGS
2      THE VIDEOGRAPHER:  This is the
3  deposition of Ali Asghar, taken in the U.S.
4  District Court for the District of Columbia,
5  Case No. 06-0400(RJL).  This deposition is
6  being held at 501 3rd Street, Northwest, on
7  the 4th floor, Washington, D.C., 20530.  The
8  date is June 5, 2007.  The time is
9  approximately 9:41 a.m.
10     I'm the videographer, Andy White.
11 The court reporter's name is Christopher
12 Mazzochi.  We are both from the firm of Beta
13 Court Reporting.
14     Will the attorneys please introduce
15 themselves and who they represent?
16     MS. WHITAKER:  I'm Claire Whitaker.
17 I represent John Snow, the Secretary of
18 Treasury, and I have with me today Gail
19 Sirenco.
20     MR. BRANCH:  Good morning.  My name
21 is David Branch and I represent the
22 Plaintiff, Ali Asghar.

**5**

1      THE VIDEOGRAPHER:  Thank you.  Will
2  you please swear in the Witness, Chris?
3      Whereupon,
4      ALI ASGHAR
5  was called as a witness and, having been first
6  duly sworn, was examined and testified as follows:
7    EXAMINATION BY COUNSEL FOR DEFENDANTS
8    BY MS. WHITAKER:
9    Q  State your name and address for the
10 record, please.
11   A  My name is Ali Asghar.  My address
12 is 13443 Millwood Drive, Woodbridge,
13 Virginia, No. 23, 22191.
14   Q  Before we get started I'll give you
15 some ground rules.  Have you ever been
16 deposed before?  Have you ever had your
17 deposition taken before?
18   A  No.
19   Q  The format is a question-and-answer
20 session.  I will ask the questions, you will
21 respond.  You must respond orally because not
22 only do we have a videographer, we have a

130

1      A    When I went back for a second time.
2   The first time I went there to give the gift.
3   The second time I went there to work.
4      Q    "However, his badge had been
5   changed to red status, which prohibited him
6   from entering the building unescorted." And
7   that's correct?
8      A    Mm-hmm.
9         MR. BRANCH: "Yes" or "no," please.
10        THE WITNESS: Yes.
11        BY MS. WHITAKER:
12     Q    "The security officer, Glen Alonzo,
13   took Mr. Asghar to Mr. Alonzo's office and
14   asked Mr. Asghar many odd questions."
15     A    Mm-hmm.
16     Q    Yes, remember yes.
17     A    Yes, I do remember most of it.
18     Q    And what were the odd questions?
19     A    They asked me if I — one of those
20   odd questions that I really made me upset
21   that day was did I contact any terrorist
22   group? I said I did not go over there to

131

1   contact any terrorist group and I don't know
2   where the terrorist groups are and who they
3   are. Then he goes again and says did any
4   terrorist member of terrorist groups come to
5   you and ask you for anything? I said no.
6   These are the odd questions.
7         These are the questions he asked me
8   where I was, what I did. I explained
9   everything just like I explained to you
10  today. Where I live. He asked me where I
11  lived, who I stay with, what street, what
12  area. And then he goes on and on and on and
13  asks me all these sad questions.
14        Then I said, Mr. Alonzo, are you
15  accusing me to be a terrorist? He said
16  that's up to FBI when they decide what are
17  you doing, why you went there.
18        It's not up to me. He said I'm
19  just asking you these questions right now to
20  — then the FBI will visit you or call you,
21  whatever. Then they investigate their
22  investigation and then they determine what

132

1   kind of situation you are in.
2      Q    Why did you think the questions
3   were odd?
4      A    Why?  Because they know me for a
5   long time and why they ask me this kind of —
6   to be — to go over there to contact a
7   terrorist group and probably I'm affiliated
8   with a terrorist group over there and
9   probably I — the way the questions he was
10  asking is it's probably I went there to give
11  the bureau security things to them or they
12  want the bureau because I was working for the
13  government and the Bureau of Engraving and
14  Printing, probably I was releasing some
15  information, all this.  I said I did not go
16  over there and I swear when I got hired in
17  here — not for this purpose.  Why are you
18  accusing me of all this nonsense?  That was
19  the discussion.
20        You know, when somebody asks you to
21  — probably to you or to anybody else it was
22  not weird, but for me it was weird questions.

133

1   Because I went to Afghanistan, because I went
2   to my — because I'm coming from that area,
3   because all the terrorists coming from that
4   area, that doesn't mean every single Afghan
5   is a terrorist. Every single Muslim is a
6   terrorist because 9-11 happened?
7      Q    You were assuming that he was
8   asking that because you were from
9   Afghanistan?
10     A    Of course.
11     Q    Why did you assume that?
12     A    Why what?
13     Q    Why did you assume that?
14     A    Because I am coming from
15  Afghanistan and that's why they did it.  You
16  go to a lot of trips, people go to a lot of
17  places.  People go to Iraq.  They came back,
18  nothing happened to them.  They are in the
19  bureau, I know them.
20     Q    Okay.  "Mr. Alonzo then escorted
21  Mr. Asghar out of the building and told him
22  not to come back until Mr. Alonzo contacted

142

1  it was a cordial meeting. You're saying it
2  was not a cordial meeting?
3      A   What is "cordial meeting?"
4      Q   You know, there wasn't any
5  animosity, you were friendly to each other.
6      A   No. No, he was so serious, you
7  could see in his eyes that he thinks, that he
8  believes that I was a terrorist. You could
9  see it. I mean, at that time, when you see
10  the person you can know this.
11      Q   Anything else occur at that
12  meeting?
13      A   Not -- no, no.
14      Q   And then you said he escorted you
15  to the credit union?
16      A   Escorted me to the credit union
17  from that.
18      Q   And then out?
19      A   Out.
20      Q   And then eventually you called him.
21  If you look at the Exhibit 1 again, your
22  complaint, paragraph 14, it says, and this is

143

1  your complaint so you tell me if it's correct
2  or not correct, it says, "On November 26,
3  2004, Mr. Alonzo called Mr. Asghar at home
4  and indicated he may return to work." You
5  just testified that you called him.
6      A   Okay.
7      Q   He did call you?
8      A   He called me after the FBI agent
9  visited my house, but I called him two or
10  three week or two and a half weeks later,
11  after all the interrogation happened. I said
12  what happened? How long more? Because I
13  told -- he said the FBI would probably show
14  up next week to your house and then the job
15  will be done. I said how long more you want
16  me to wait? He said wait until the FBI calls
17  you.
18          And in the meantime, at that day
19  when I called, he said I thought you were
20  already involved with another -- with a
21  terrorist group in here.
22      Q   Excuse me?

144

1      A   On the phone.
2      Q   You didn't record that here. Is
3  that something new?
4      A   I told my investigator when the
5  investigator came and investigated. I told
6  her. Probably she put it somewhere.
7      Q   So what is this now?
8      A   I don't know.
9      Q   So on November the 26th, 2004, you
10  talked to Mr. Alonzo and you're saying that
11  he said what?
12      A   No, ma'am. He said you -- I don't
13  remember the date when I called, but I called
14  before the FBI agent showed up in my house,
15  probably about a week before that. I called
16  Mr. Alonzo to find out how long more should I
17  wait for whoever comes in my house or whoever
18  calls me for an investigation. He said he
19  doesn't know, FBI has a tight schedule and
20  they will call you, I'm pretty sure. You
21  wait. Until that time, you wait until this
22  -- he comes and gives us a green light that

145

1  you -- or a red light that you're a terrorist
2  or not a terrorist, or you're coming back to
3  work or not coming back to work. That's up
4  to the FBI. Once they determine, then I'll
5  call you back.
6          When the FBI came and determined on
7  November 26, I think it was a Tuesday
8  morning, he called me. I think it was a
9  Tuesday morning or the 26th. He called me
10  and says, Ali, everything has cleared. Your
11  manager expects you back tomorrow to work.
12          I said, Mr. Alonzo, Thanksgiving is
13  the next day. Let me show up after
14  Thanksgiving, which is the next Monday, it
15  probably was November 29th, I guess, or
16  whatever, after -- the Monday after
17  Thanksgiving. He said okay, it doesn't
18  matter. The Monday after Thanksgiving, 4:30,
19  I went to work.
20      Q   Why don't you go ahead and just
21  read paragraph 14 and tell me if there's
22  anything you want to add to that and if

146

1   that's a correct recitation of your claim?
2       A   Okay, that's the whole concept of
3   that day when I went to work. And also, when
4   I went to work that day everybody looked at
5   me like, you know, I'm a hot -- the way --
6   their language they use there, a way of
7   saying things I guess, you're hot. What
8   happened? All these things because they
9   already were informed that the FBI came to my
10  house and all these things. And then one of
11  them called from Mr. -- Chemical Ali is
12  back.
13      Q   Who was that?
14      A   Kevin Lee. His name is Kevin Lee.
15      Q   Kevin Lee?
16      A   Kevin Lee, L-e-e.
17      Q   Anything else?
18      A   No. No, we discussed, no,
19  everything is okay, I'm back, nothing, they
20  couldn't find anything. And then that's it.
21  The rest of them is written right here.
22      Q   Now, the day after Thanksgiving

147

1   holiday is roughly the 29th of November. Did
2   you work then from the 29th of November until
3   the close-down in December or did you take a
4   trip? I have some notation you were going to
5   take another trip, maybe it was to Canada.
6       A   Yeah. You see, the shutdown time
7   for sure we go to Canada because this is the
8   only time my son is not going to school and
9   I'm not working and I don't have to sit
10  around. And over there, the same way, the
11  kids are not going to school and the same
12  situation. That's a good time for us to go.
13      Q   Now, the shutdown time is usually
14  December?
15      A   Twenty-second, sometimes 22nd,
16  sometimes 23rd.
17      Q   Oh, okay, it's just before
18  Christmas.
19      A   Yeah.
20      Q   So you may have worked maybe three
21  weeks from Thanksgiving until you took off?
22      A   Whatever time, yeah.

148

1       Q   That would be roughly three weeks?
2       A   Yes, roughly this time, yeah.
3       Q   Three weeks and then you took off,
4   all right. All right. So from the time that
5   you came back from Afghanistan, you actually
6   worked about three weeks during that 2004
7   after you came back?
8       A   Yeah.
9           MS. WHITAKER: All righty. Now,
10  perhaps this is a good time to take maybe a
11  20-minute break or something because you
12  might want to get something to eat. We don't
13  want to make it too long, but I don't want to
14  wear everybody out.
15          (Whereupon, at 12:20 p.m., a
16          luncheon recess was taken.)
17
18
19
20
21
22

149

1           A F T E R N O O N   S E S S I O N
2               (1:18 p.m.)
3   Whereupon,
4           ALI ASGHAR
5   was recalled as a witness and, having been
6   previously duly sworn, was examined and testified
7   further as follows:
8           EXAMINATION BY COUNSEL FOR DEFENDANTS
9           CONTINUED
10          BY MS. WHITAKER:
11      Q   All right. So let's go back to
12  Exhibit 1, which is your complaint. I've
13  asked you just about everything about the
14  factual representations here, and I think
15  we've talked about, except the FBI visit to
16  your home. That's described in paragraph 13.
17  Will you take a look at that and see if that
18  reflects what actually occurred? Because
19  this is your complaint, but since I know some
20  of it, like the claims, were not all there.
21  I just want to make sure this reflects what
22  happened, paragraph 13. Will you read it and

150

1  then tell me whether or not this reflects
2  what happened on November the 23rd?
3      MR. BRANCH: You're asking him to
4  read just paragraph 13?
5      THE WITNESS: You want me to read
6  it?
7      MS. WHITAKER: Right.
8      THE WITNESS: Aloud?
9      MS. WHITAKER: No, you can read it
10 to yourself.
11     THE WITNESS: Yeah, I read it.
12 It's like everything, it's general
13 information. The 45 minutes of talking,
14 asking questions, and 4 lines, you know,
15 that's just general information. That's what
16 happened. He came to my house and --
17     BY MS. WHITAKER:
18     Q   Was it about 45 minutes?
19     A   Hmm?
20     Q   Was it about 45 minutes?
21     A   It's about, but not more than 45
22 minutes or not more than 1 hour, just

151

1  probably less than 50 minutes. It didn't
2  take too long. It was --
3      Q   Did you --
4      A   When we started talking he
5  understood what I (off mike) what I was
6  saying and what I did, and he said that's
7  okay.
8      Q   Did you say that your wife was
9  pregnant? How pregnant was she?
10     A   She was, at that time, probably
11 about five months at that time.
12     Q   And I understand she had a
13 miscarriage or is that a stillbirth?
14     A   Yeah.
15     Q   When was that?
16     A   After -- about two weeks after that
17 incident happened, after the FBI came and
18 twist -- a week --
19     Q   So what was the date?
20     A   Hmm?
21     Q   What was roughly the date?
22     A   It was in December, I don't

152

1  remember the exact date, but I think it was
2  the second week of December or something, in
3  the middle of the week. I don't remember.
4      Q   Now, if we wanted to verify the
5  fact that she was pregnant and that she had
6  the miscarriage, would you be willing to give
7  us a release?
8      A   No, no. That's a personal thing.
9  It has nothing to do with my case. What I
10 mentioned in that investigation when the
11 investigator came from the Treasury
12 Department is because those things happened
13 in my life during that period of time and
14 that was one of those things. Because
15 everything that happened was upsetting me. I
16 was emotionally --
17     Q   Okay, so what you're saying --
18     A   In that, I didn't say that because
19 the FBI came to my house, my wife lost -- I
20 did not say that, okay?
21     Q   Okay. All right.
22     A   Make sure you understand that part

153

1  because when you ask her this question,
2  that's very personal to her and, as a woman,
3  probably you understand that part.
4      Q   Right.
5      A - That she doesn't want to talk too
6  much about it because that's her loss and
7  probably -- in our belief, probably God did
8  not want us to have another kid at this time,
9  okay?
10     Q   Okay. So you're not suggesting
11 that this caused --
12     A   No, I'm not suggesting that that
13 caused -- no.
14     Q   Okay, fine.
15     A   No, I'm not, but that thing
16 happened because she was so scared at that
17 period of time since all these things
18 happened, since I came back from Afghanistan
19 and went to the bureau and all those things.
20 She was -- because we, as Afghan people, we
21 went to the war zones, to the war areas, and
22 we were inside. She was -- especially her,

162

1  time and do something about it, I don't think
2  -- we wouldn't be in here right now, but he
3  didn't do anything.
4      Q   Who was your first-line supervisor?
5      A   First-line supervisor?
6      Q   During that period of your
7  complaint.
8      A   Which complaint?
9      Q   The only one I have, 2004.
10     A   This one? My first-line supervisor
11  was Mr. Antoin Johnson, Mr. Aaron Alexander,
12  and Ms. Felicia Jackson.
13     Q   So you have three supervisors?
14     A   Yeah, we have three in this area.
15     Q   And who was the second-line
16  supervisor?
17     A   Second-line supervisor was
18  assistant chief, Mr. Robert Bernhart. And
19  after that, comes Mr. James Brent.
20     Q   So he was your third-line
21  supervisor, I guess.
22     A   Right now he's the third-line,

163

1  yeah.
2      Q   Was he third-line in 2004, 2005?
3      A   Mm-hmm, yeah. Yes.
4      Q   All right. So Mr. Brent would --
5  you've named him as a witness because in your
6  complaint you say that he was one of the
7  discriminating officials?
8      A   Mm-hmm.
9      Q   How did he discriminate against
10  you?
11     A   It's -- we went back and forth
12  because these things don't just stop. Me and
13  him, we went back and forth. I went to him
14  because he's a responsible person in that
15  division and I couldn't go to anybody else
16  then because he's the top person.
17         And he always denied what I did and
18  he always -- he never stopped taking his time
19  to sit down and talk to me about it. And
20  then every time we get a vacancy job, then we
21  applied, he's the one who selected the --
22  he's one of the official managers who select

164

1  for that area the employee who he hires, who
2  he promotes, who he doesn't promote.
3          And I applied for several jobs.
4      They gave me -- I'm a top contender, but I --
5  they did not select me because -- they gave
6  me different reasons.
7          One time I went to Mr. Bernhart
8  because Mr. Brent didn't listen to me. And I
9  said, Mr. Bernhart -- it was in 2003. A
10  position came up and I was an acting
11  supervisor and the position was control
12  verifier, which is a KG-7, which is about two
13  grades higher than mine. And I said -- I
14  applied for it and I was -- my application
15  was the best application. And I said they
16  hired -- they selected the lady from another
17  section, from outside the section, and hired
18  her. I said I do this job for two or three
19  years and I know the job upside down. Why
20  not me? He turned around and says, see, you
21  cannot be an acting supervisor and a control
22  verifier. I said who says that? He says I

165

1  said that. I said where is this coming from?
2  He said my boss told me that. I said who's
3  your boss? He said Mr. James Brent. I said
4  okay.
5          I didn't say anything. I just -- I
6  accepted it because I know that's not the way
7  it's supposed to be.
8      Q   Well, how about -- talking about
9  this period of time, you came back from
10  Afghanistan in November of 2004, and you
11  filed your EEO -- you sought counseling on
12  January the 10th. You were in the office
13  from approximately November 29th until the
14  shutdown and then back I guess briefly and
15  then filed your complaint. What occurred
16  during that period that involved Mr. Brent
17  that you claim there was discriminatory
18  conduct?
19     A   Okay. When I went back to work,
20  normally people talk about it, you know.
21  People said, well, what happened? Why the
22  FBI came, why this happened to you. In those

166

1  days, we worked there for a long time. We
2  know each other probably, by that time, 14
3  years, 13 years, and we talk about it. And I
4  found out from my first-line supervisor, Mr.
5  Aaron Alexander, who did this, who was
6  involved. And he said I talked to Felicia
7  Jackson. Why did you -- why Felicia Jackson
8  did not notify these two other supervisors.
9      Q.  About what?
10     A    About they report me as a
11 terrorist, as a suspected terrorist.
12     Q   About Alonzo's interview.
13     A    About the whole situation. They
14 didn't know until that time when I, you know,
15 when I came back to work. She said she
16 reported it to Mr. James Brent and Mr. James
17 Brent called security. And also, she --
18 outside the bureau she has contact with Mr.
19 David Lindsey, who was chief of security at
20 that time. And they go to the same church
21 and they talk about all of these things. And
22 then she talked to Mr. Lindsey about my (off

167

1  mike) as a Muslim and went back to
2  Afghanistan and all these things. And then
3  they said Mr. Brent contacted Mr. Lindsey and
4  Mr. Lindsey assigned Mr. Alonzo to that
5  thing. That tells me that Mr. Brent didn't
6  even call me and say anything about it. That
7  tells me that Mr. Brent purposely --
8  purposely -- did that to create a conflict
9  between me and the bureau to get rid of me.
10     That's Mr. Brent's goal. That's
11 what he did.
12     Q   What did Mr. Lindsey have to do
13 with it now? I'm sorry.
14     A    They said Mr. Brent contacted Mr.
15 Lindsey. Mr. Lindsey's the chief of
16 security, right?
17     Q   Okay. You haven't mentioned Mr.
18 Lindsey in any of the documents before.
19     A    That's -- you asked me a question
20 how I did this because this is something I
21 heard from people, from people around me.
22     Q   Okay. So you heard that Security

168

1  Chief Lindsey, is that who -- Lindsey?
2      A   Uh-huh, David Lindsey.
3      Q   Was contacted?
4      A   By?
5      Q   By James Brent?
6      A   Mm-hmm. Chief-to-chief, you know.
7      Q   And you're saying that Chief
8  Lindsey was contacted by James Brent. What
9  did Ms. Jackson and the church have to do
10 with it? I'm sorry.
11     A   According to Mr. Alexander, because
12 they're talking to each other probably as
13 supervisors and they discuss things, Ms.
14 Jackson, Ms. Felicia Jackson and Mr. David
15 Lindsey go to the same church. According to
16 Mr. Alexander, they were discussing the
17 situation outside the bureau, probably
18 somewhere in the church or outside the church
19 or whatever (off mike).
20     Q   Jackson and Lindsey?
21     A   Jackson and Mr. Lindsey. That's
22 why Mr. Lindsey assigned Mr. Alonzo, who was

169

1  at that time assistant chief of security, the
2  highest man in the division.
3      Q   And Lindsey contacted Brent, that's
4  what your understanding is?
5      A   That's my understanding.
6      Q   Do you have any direct knowledge of
7  that at all?
8      A   Not direct, I was not there.
9      Q   And what did you understand that
10 they discussed? I guess it was Mr. Alexander
11 that told you.
12     A   Discussed that I'd probably be a
13 terrorist and bring a bomb in here and blow
14 up everybody.
15     Q   Something about probably being a
16 terrorist. Do you know when this occurred,
17 this conversation or when Mr. Brent -- Mr.
18 Lindsey contacted Mr. Brent or Mr. Brent
19 contacted Lindsey?
20     I'm confused. Mr. Lindsey
21 contacted Mr. Brent. They discussed it and
22 then what happened?

174

1  between us and the bureau — or, I mean, in
2  the vault or in the division where we worked
3  together. He knows me as a person over there
4  and I know him as a person.
5      But some of these testimonies they
6  testify, in my opinion, they lied. And —
7      BY MS. WHITAKER:
8    Q  Okay. Well, let's get back to Mr.
9  Knight. In November of 2004, the first claim
10  was made.
11      What would he know about your
12  redlining, your visit with Mr. Alonzo, your
13  visit with the FBI agent? What would he know
14  about anything that happened in the fall or
15  very early January of 2005?
16    A  Okay. In the Bureau of Engraving
17  and Printing, if anything happened to anybody
18  or anybody do anything, everybody knows about
19  it because (off mike) if you'll allow me to
20  explain, it's the word of mouth. Everybody
21  talks, everybody knows. When Mr. Alonzo took
22  me upstairs that day, after I finished with

175

1  Mr. Alonzo, I went back and called from my
2  cell phone, I called Ms. Felicia Jackson to
3  give me the number of the EEO representative
4  Mr. Hicks. It was Art Hicks because he was
5  my EEO counselor previous before that.
6      And then he asked me what happened.
7  I said this is what happened. He took me
8  upstairs and all these things.
9      She knows and she talked to other
10  supervisors, too, other employees. By the
11  time I came back on November 29th, after
12  Thanksgiving, everybody knows why I was out
13  during that time. And everybody expressed
14  their feelings, they're feeling sorry about
15  what happened. Okay? That's why I know all
16  of these people right here who worked with me
17  eight, nine hours a day, every day, five
18  days, six days a week, know everything
19  about what's going on in the bureau or in
20  that division. All of them witnessed that,
21  what kind of person I was, what was my
22  activity, why I went to Afghanistan, why

176

1  people go out the bureau.
2      If you go on a vacation, you come
3  back and you talk about your vacation.
4  Everybody does. That's why he knows. When
5  the investigator — when I complained, they
6  don't like the complaint because management
7  turned him against me. Mr. Brent, the first
8  thing Mr. Brent said, okay, Ali went and
9  complained against these co-workers. He was
10  trying to turn the co-workers against me,
11  okay?
12    Q  When is that?
13    A  After this incident.
14    Q  When did Mr. Brent go to the
15  co-workers?
16    A  In February 2005, when we had the
17  mediator from — somewhere from the
18  government came and mediated between me, Mr.
19  Alonzo, and Mr. Brent. And Mr. Brent went
20  back to the office and called supervisors to
21  notify the supervisors that I complained
22  against the co-workers who they're harassing

177

1  me. I said that's not the case. I was
2  accused of a terrorist, that was my
3  complaint. And my co-workers are getting
4  upset with me why I go and do that, why I go
5  and complain.
6    Q  So you didn't complain of
7  harassment?
8    A  No, my complaint was not against
9  anybody. It was against the government or
10  the bureau accusing me of being a terrorist.
11  And Mr. Brent is the kind of person that he
12  once tried to get turned things around, but
13  he couldn't do it. I explained to my
14  co-workers and we met. The supervisor called
15  us one day and we sat down and talked, what
16  was — why I was complaining. Because they
17  received a notification from an EEO counselor
18  or the Treasury Department to answer some of
19  those questions.
20      That's why I put their name because
21  they know about all these things what's going
22  on.

178

1    Q   So your hostile work environment
2  claim is not against your co-workers. It's
3  against Mr. Brent and management?
4    A   Whoever caused this problem.
5    Q   Well? I mean, you're just —
6    A   Where does it start? It's starts
7  in my division, it started with my
8  supervisors. That's where it started, okay?
9  Where else could it start?
10       Nobody else knew across the street.
11  She didn't know. She's across the street
12  working in the annex building. She doesn't
13  know I went to Afghanistan, why I did it, or
14  I put the leave. She didn't know, but
15  someone from that office went somewhere to
16  start a conflict.
17    Q   So it's a supervisor to either Mr.
18  Bernhart or Mr. Brent or some other manager,
19  is that what you're saying?
20    A   Yeah.
21    Q   All right, so that's what he knows,
22  Mr. Knight. What about Mr. Ross?

179

1    A   They're all the same. They're all
2  my co-workers.
3    Q   They all expressed some sort of
4  being sorry?
5    A   Yeah.
6    Q   And they weren't making a hostile
7  work environment, but your managers or
8  supervisors or Mr. Brent were responsible for
9  it. Is that your testimony?
10    A   That's exactly what it is.
11    Q   Okay. Mr. Floyd, same thing?
12    A   Yeah, they're my co-workers.
13    Q   Mr. Lisle?
14    A   Lisle, Tyrone Lisle.
15    Q   I'm so bad at names.
16    A   Yeah, that's his name, Lisle.
17    Q   Same thing?
18    A   Same thing.
19    Q   All right.
20    A   They would witness daily
21  activities, what's going on in the bureau
22  with everybody, not just me, with everybody.

180

1  We all knew what's going on.
2    Q   Let me ask you Mr. Yates, is he
3  another individual?
4    A   Yeah.
5    Q   Who is in the same category as Mr.
6  Lisle and Mr. Knight and Mr. Floyd?
7    A   He's a co-worker.
8    Q   How about Ronald Greene?
9    A   Yeah.
10    Q   Now, somewhere in one of these
11  documents you've just testified that one
12  individual called you "Chemical Ali."
13    A   Kevin Lee.
14    Q   Okay, and that's what you remember.
15  There's some —
16    A   Oh, he just -- that's the biggest
17  name I said. I'm not – Chemical Ali at that
18  time was the person who was in Iraq and in
19  charge of, I don't know, nuclear facilities
20  in Iraq, I don't know. But he was very
21  famous at that time in the news media, in the
22  media, and everybody knew who Chemical Ali

181

1  is. Saddam Hussein, whoever, you know.
2  That's why he called me "Chemical Ali's
3  back."
4    Q   He was teasing you?
5    A   That means -- Chemical Ali was
6  accused by whoever or by the United States
7  Government or by Saddam Hussein or any other
8  government because he was in the media all
9  the time. And they heard about Chemical Ali,
10  what Chemical Ali's job is. That's why they
11  called me Chemical Ali.
12    Q   Teasing?
13    A   Not teasing to me, teasing to them.
14  I don't want to — do you want to be teased
15  like that?
16       I don't think so.
17    Q   Now, when you say "them," was there
18  somebody else that called you Chemical Ali?
19    A   They laughed. I mean, like the
20  (off mike) right there, they joked about me,
21  they all laughed. What should I say? What
22  should I do?

64 (Pages 250 to 253)

250

1  on November 29, 2004?
2      A   Yes.
3      Q   And how long did you work when you
4  returned to work on November 29, 2004?
5      A   After that, every day, the
6  workdays.
7      Q   Were you allowed to return to work
8  on November 29, 2004?
9      A   Yes.
10     Q   And did you work each day after
11  November 29, 2004?
12     A   I think I did, yes.
13     Q   Now, when did you return from
14  Afghanistan?
15     A   In October. I don't remember
16  exactly the date because I left my wife and
17  my son in Canada because she came up. She
18  couldn't be by herself in here. And then I
19  had to go to Canada, flew to Canada, and came
20  from Canada to here. I got there, it was a
21  Thursday. I don't know was it October 28th,
22  29th. Then on Friday, we came over here,

251

1  drove over here.
2      Q   And when did you first attempt to
3  go back to work after you returned from
4  Afghanistan?
5      A   My intention was after I got back,
6  I would say, okay, I stayed 10 days, at least
7  10 days because I had other things to do. I
8  have to do things that I left in here. Then
9  I said, okay, the second week after you come
10  here, I go to work. But I had a gift and I
11  was on my way to D.C., and then I (off mike)
12  I'll drop off my gift to my co-workers. It
13  was 11 o'clock and there was a lunch break
14  anyway. And I went there and that's -- I
15  gave them the gift.
16     Q   When did you first attempt to go
17  back to work?
18     A   That October -- November 8th. It
19  was November 8th, I (off mike).
20     Q   Were you allowed to return to work
21  at the bureau of November 8, 2004?
22     A   Nobody told me I was not allowed.

252

1      It was -- I thought every time you go on
2  vacation or go out and come back and go to
3  work and you can go straight to work. It
4  doesn't matter if you -- sometimes people put
5  leave for two months and after four weeks
6  they come back and go to work.
7      Q   Did you return to work on November
8  8, 2004?
9      A   Yes, I went to work that day.
10     Q   And did you actually work that day?
11     A   No, I did not. They didn't allow
12  me to do that.
13     Q   And how long were you out of work?
14     A   For the whole time or --
15     Q   No, from November 8th, when you
16  attempted to go back to work.
17     A   Till November 29th.
18     Q   And were you paid during that
19  period?
20     A   No.
21     Q   From November 8th until November
22  29, 2004?

253

1      A   No, sir. No, I did not get paid.
2      Q   Were you told why you could not
3  work beginning on November 8th and continuing
4  until November 29, 2004?
5      A   No. When I saw Mr. Alonzo, he said
6  he did not -- I asked him what about my pay?
7  He said you're on vacation, you're on leave
8  anyway. It doesn't make any difference.
9      Q   And were you, in fact, on leave?
10     A   Yeah, I put the leave till January
11  1st of 2005.
12     Q   And were you attempting to revoke
13  that leave?
14     A   Revoke?
15     Q   You were attempting to go back to
16  work, is that correct?
17     A   Yeah, yeah.
18     Q   And so how did you plan to work
19  that out? Were you attempting to revoke your
20  leave without pay?
21     A   No, I would -- if I was allowed to
22  go, just like November 29, allow me to go to