UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALI ASGHAR,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) Civil Action No. 06-0400 (RJL) |
| **JOHN W. SNOW**<br>**Department of the Treasury,** | ) ) ) |
| **Defendant.** | ) ) |

ORDER

UPON CONSIDERATION of defendant's Motion to Dismiss or, Alternatively, for Summary Judgment, the opposition and reply thereto, and after a review of the entire record, it is this _____ day of _____, 2007

HEREBY ORDERED that the motion is granted for the reasons set forth in defendant's dispositive motion.

_____
UNITED STATES DISTRICT JUDGE