UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI ASGHAR, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 06-0400 |
| ) | (RJL) |
| v. ) | |
| ) | |
| JOHN SNOW, ) | |
| SECRETARY, ) | |
| U.S. DEPARTMENT OF TREASURY, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS OR FOR SUMMARY JUDGMENT**

   Comes now Plaintiff Ali Asghar, by and through counsel, and files Plaintiff's Motion For Extension of Time to File Opposition to Defendant's Motion to Dismiss or Motion for Summary Judgment, and in support thereof states as follows.

   Defendant has filed a motion to dismiss or for summary judgment.  In October 2007 the parties were in court and the court entered a briefing schedule requiring the Defendant to file any dispositive motion by November 13, 2007 and Plaintiff to file an opposition by December 13, 2007.  Counsel has recently noticed on the court's ECF that the date listed for Plaintiff to file an opposition is December 3, 2007, not December 13, 2007, as the court ordered.  The Defendant requested an additional week time to file the opposition, until November 20, 2007, but there was no adjustment in the period for the response.  Plaintiff and his counsel are still working on the response to the motion.  Counsel was will with the flu the week of December 3, 2007, and has had to take

emergency medical leave for to seek treatment for his daughters who became ill the week of December 10, 2007. In addition, counsel has four dispositive motions due the week of December 10, 2007. Counsel will need until an extension until December 20, 2007 to finalize and file the opposition. Plaintiff believes he has a meritorious defense to the motion and this motion is not being filed to cause any unnecessary delay.

Wherefore Plaintiff requests an extension through December 20, 2007 to file the opposition to the motion to dismiss. Plaintiff sought the consent of Defendant's counsel to this motion, but Defendant's counsel had not responded at the time this motion was filed.

Respectfully submitted,

/s/
David A. Branch #438764
Law Offices of David A. Branch, PC
1825 Connecticut Avenue, N.W.
Suite 690
Washington, D.C.  20009
(202) 785-2805 phone
(202) 785-0289 fax

**Certificate of Service**

I hereby certify this 13th day of December that a copy of the foregoing Motion for Extension of Time to File Opposition to Motion to Dismiss was sent via electronic mail to counsel for the Defendant at the address listed below:

Clare Whitaker
AUSA- District of Columbia
501 3rd Street, NW Fourth Floor
Washington, DC 20001                   /s/
                                       _____

                                       David A. Branch

2