UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALI ASGHAR, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 06-0400 |
| ) | (RJL) |
| v. ) | |
| ) | |
| JOHN SNOW, ) | |
| SECRETARY, ) | |
| U.S. DEPARTMENT OF TREASURY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS OR FOR SUMMARY JUDGMENT**

Comes now Plaintiff Ali Asghar, by and through counsel, and files Plaintiff's Motion For Extension of Time to File Opposition to Defendant's Motion to Dismiss or Motion for Summary Judgment, and in support thereof states as follows.

Defendant has filed a motion to dismiss or for summary judgment. Plaintiff previously requested and was granted an extension through December 20, 2007. Counsel needs an extension through January 3, 2008 to file the opposition. Counsel has filed responses to three dispositive motions the week of December 17, 2007, including responded to a motion to dismiss or for summary judgment, in the matter of <u>Booth v. DC</u> which is pending before the court, and has to file another brief before the EEOC on December 21, 2007 and will be out of town for a much needed vacation the week of December 24, 2007. Plaintiff believes he has a meritorious defense to the motion and this motion is not being filed to cause any unnecessary delay.

2

Wherefore Plaintiff requests an extension through January 3, 2008 to file the opposition to the motion to dismiss. Plaintiff sought the consent of Defendant's counsel to this motion, but Defendant's counsel had not responded at the time this motion was filed.

Respectfully submitted,

/s/
David A. Branch #438764
Law Offices of David A. Branch, PC
1825 Connecticut Avenue, N.W.
Suite 690
Washington, D.C.  20009
(202) 785-2805 phone
(202) 785-0289 fax

## Certificate of Service

I hereby certify this 20th day of December that a copy of the foregoing Motion for Extension of Time to File Opposition to Motion to Dismiss was sent via electronic mail to counsel for the Defendant at the address listed below:

Claire Whitaker
AUSA- District of Columbia
501 3rd Street, NW Fourth Floor
Washington, DC 20001                        /s/
                                            _____

                                            David A. Branch

2