UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI ASGHAR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN SNOW, )<br>SECRETARY, )<br>U.S. DEPARTMENT OF TREASURY, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-0400<br>(RJL) |

### PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS OR FOR SUMMARY JUDGMENT

Comes now Plaintiff Ali Asghar, by and through counsel, and files Plaintiff's Consent Motion For Extension of Time to File Opposition to Defendant's Motion to Dismiss or Motion for Summary Judgment, and in support thereof states as follows.

Defendant has filed a motion to dismiss or for summary judgment. Plaintiff previously requested and was granted an extension through January 3, 2008 to file the opposition. Counsel needs an extension through January 10, 2008 to file the opposition. Counsel has been ill over the past two weeks with a virus and had to seek medical attention on January 2, 2007. In addition, counsel returned from the holidays, and discovered that his computer network which contains a draft of the opposition and other exhibits which must be filed with the opposition, had crashed and needs to be replaced,

which will take at least two days.  Plaintiff believes he has a meritorious defense to the motion and this motion is not being filed to cause any unnecessary delay.

    Wherefore Plaintiff requests an extension through January 10, 2008 to file the opposition to the motion to dismiss. Plaintiff sought the consent of Defendant's counsel to this motion, and Defendant's counsel consented to the motion.

                                   Respectfully submitted,

                                   /s/
                               David A. Branch #438764
                               Law Offices of David A. Branch, PC
                               1825 Connecticut Avenue, N.W.
                               Suite 690
                               Washington, D.C.  20009
                               (202) 785-2805 phone
                               (202) 785-0289 fax

## Certificate of Service

    I hereby certify this 3rd day of January 2008 that a copy of the foregoing Consent Motion for Extension of Time to File Opposition to Motion to Dismiss was sent via electronic mail to counsel for the Defendant at the address listed below:

Claire Whitaker
AUSA- District of Columbia
501 3rd Street, NW Fourth Floor
Washington, DC 20001                       /s/
                                           _____

                                         David A. Branch

2