**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ALI ASGHAR, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-0400 |
| | ) | (RJL) |
| v. | ) | |
| | ) | |
| JOHN SNOW, | ) | |
| SECRETARY, | ) | |
| U.S. DEPARTMENT OF TREASURY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PLAINTIFF'S MOTION FOR TWO DAY EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS OR FOR SUMMARY JUDGMENT

Comes now Plaintiff Ali Asghar, by and through counsel, and files

Plaintiff's Motion For Extension of Time to File Opposition to Defendant's Motion to

Dismiss or Motion for Summary Judgment, and in support thereof states as follows.

Defendant has filed a motion to dismiss or for summary judgment.  Plaintiff

previously requested and was granted an extension through January 10, 2008 to file the

opposition.  Counsel needs a two working day extension through January 14, 2008 to file

the opposition.  Counsel replaced his computer network after it crashed over the holidays,

but during the course of completing the opposition on January 10, 2008, the computer

system malfunctioned and one day of work on the opposition brief was lost, and must be

recreated.  Counsel is scheduled for oral argument and a motions and prehearing

conference before Judge Motley in the D.C. Superior Court on Friday, January 11, 2008

for a March 3, 2008 trial, and counsel anticipates that the hearing, and preparation for the

hearing will take the better part of the day.  Counsel will file the opposition on Monday,

January 14, 2008.   Plaintiff believes he has a meritorious defense to the motion and this

motion is not being filed to cause any unnecessary delay.

Wherefore Plaintiff requests an extension through January 14, 2008 to file the

opposition to the motion to dismiss. Plaintiff sought the consent of Defendant's counsel

to this motion, and Defendant's counsel had not responded at the time this motion was

filed.

Respectfully submitted,

/s/
David A. Branch #438764
Law Offices of David A. Branch, PC
1825 Connecticut Avenue, N.W.
Suite 690
Washington, D.C.  20009
(202) 785-2805 phone
(202) 785-0289 fax

**Certificate of Service**

I hereby certify this 10th day of January 2008 that a copy of the foregoing Motion

for Extension of Time to File Opposition to Motion to Dismiss was sent via electronic

mail to counsel for the Defendant at the address listed below:

Claire Whitaker
AUSA- District of Columbia
501 3rd Street, NW Fourth Floor
Washington, DC 20001                    /s/
                                   _____

David A. Branch