UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALI ASGHAR, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-0400 |
| | ) | (RJL) |
| v. | ) | |
| | ) | |
| JOHN SNOW, | ) | |
| SECRETARY, | ) | |
| U.S. DEPARTMENT OF TREASURY, | ) | |
| | ) | |
| Defendant. | ) | |

### Sworn Declaration of Ali Asghar

I, Ali Asghar, the Plaintiff in this matter, hereby make the following declaration pursuant to the provisions of 28 U.S.C. Sec. 1746. I understand that this declaration is the equivalent of an affidavit. The statements contained herein are based on my personal knowledge.

1. I am the Plaintiff in this matter. I am a native of Afghanistan and I am a Shiite Muslim.

2. I left my native country of Afghanistan in 1974 and studied in Europe and later resettled in New York and became a U.S. citizen. My family remained in Afghanistan. I had two brothers and five sisters. When I grew up in Afghanistan, my father had two wives at the same time and the family lived in the same house. Children from both wives lived together in the house. My birth mother died in 1993. I referred to both women as my mother. In May 1979, during the Soviet war in Afghanistan, the Soviet government took my two brothers and they were never heard from again.

3. I began working for the Bureau of Engraving and Printing in August 1995, and began working in the note packaging division. I worked at a work station similar to an

assembly line where employees gathered bricks of currency, and each employee had a specific duty. There were approximately 15 to 16 people working on the duty station and all were African American except me. In this position, I was subjected to racial harassment virtually everyday by supervisors, managers and co-workers. All of the co-workers would harass me by calling me names. One of my supervisors was Janice Browner, and she participated the harassment. I filed EEO complaints in 1996-1998. Those complaints alleged discrimination based on race, religion and national origin. The co-workers believed I was Palestinian, and called me bomb maker, rock thrower and other derogatory names.

4. In 1997, I transferred to the Federal Reserve Vault and I became a checker processor. My supervisor was James Weaver, and I had an acting supervisor named Samuel Field, both African American. Later Antoine Johnson became my supervisor, and he was African American as well. Shortly after he arrived, in the Federal Reserve Vault, my African American co-workers continued to harass me. On one occasion, one co-worker came to my desk and unzipped his pants and put his genitals on my desk and said "this is how I treat you," like my penis.

5. After the 9/11 terrorist attack, the harassment by co-workers became intolerable. On several occasions, co-workers referred to me in racially derogatory terms, and would take white cloths or paper towels and wrap the cloth or towel around their heads and pretend to be Osama Bin Laden to harass me.

6. James Brent, an African American male, has been a manager over the divisions where I worked since 1995. I complained frequently to James Brent about the racial harassment, and Brent's response was "This is a blue collar work environment, and if

2

you don't like it, why don't you go somewhere else." I responded that I would not permit people who were prejudiced to force me to leave my job and that the Agency had a responsibility to prevent discrimination in the workplace. No action was taken by Brent.

7.    In approximately 2002, Felicia Jackson became my immediate supervisor. Ms. Jackson is African American. She has made it known that she is Christian and very active in her church. Before she became my supervisor, Ms. Jackson and I worked together as co-workers. At some point, she told me she was saved by Jesus, and her conduct towards me changed. After she became my supervisor, she stated on many occasions that her religion was the best religion and Islam was a violent religion. She attended church with another manager in the office, and on many work days, Ms. Jackson spent time during work hours performing church work in the office during work hours.

8.    I filed EEO complaints in 1999-2000. The last case was settled in February 2002. As part of the resolution of that case, the Bureau was required to provide diversity training for employees, remove the supervisor and pay my legal fees.

9.    During the resolution of my EEO complaint, I trained to be an acting supervisor from January 2002 until April 2003. In April 2003, Felicia Jackson informed me that I would no longer be acting supervisor.

10.   In 2003, I applied for a position as a KG-7 Currency Verifier. An African American woman, who was a personal friend of supervisor Antoine Johnson, was selected for that position in March 2003. I went to Bob Bernhart, the Assistant to James Brent, and complained to him about the selection. I was told that I could not be an acting supervisor and compete for the KG-7 position.

11. I did not file EEO complaints even though he believed the two personnel actions in 2002 and 2003 were discriminatory

12. In 2004, I had to travel to Afghanistan on two occasions to take care of some family business. In 2004, I reported to Felicia Jackson and Antoine Johnson. My father owned land and other property in Afghanistan and I went to Afghanistan to look for my brothers and attempt to reclaim family property. In 2004, upon arrival in Afghanistan, I went to each hospital and prison in Afghanistan that I could go to look for my brothers to interview hospital officials.

13. I requested leave from July 15, 2004 through December 31, 2004 to travel to Afghanistan to address family matters. I returned from the second trip in late October 2004. I did not tell Felicia Jackson that my mother was critically ill, suffering from cancer and not expected to live. My mother was in her 80s and did not have cancer when she died. On occasions prior to 2004, I requested up to six weeks of leave for travel, and would come back from travel early and would return to work, without incident. For example, in December 2003, I requested six weeks of leave for travel, and I returned from my travel in five weeks and immediately returned to work.

14. During my absence from work, Felicia Jackson reported to James Brent and co-workers on at least two occasions that I could be a terrorist, and could bring a bomb into the building. Ms. Jackson had no information to support her claims that I could be a terrorist and could bring a bomb into the building other than her knowledge that I traveled to Afghanistan on family business.

15. On or about November 1, 2004, I returned to the Agency building to my work location and delivered a gift to a co-worker. I went to my supervisors' office to tell

4

Antoine Johnson and Felicia Jackson, that I was back in the country and ready to return to work and would be back next week at the beginning of the week. Both said it was acceptable for me to return to work.

16. I attempted to report for work on November 8, 2004, and my badge was inactive. I went to my normal entrance, Entrance No. 5, and was told to go to the 14th Street entrance and I learned that my identification badge had been redlined. I was sent to the C Street entrance of the building and there I requested that security call my supervisor, Felicia Jackson. The security director, Glenn Alonso, met me and asked me come upstairs to his office.

17. Alonso interrogated me for approximately 45 minutes on the reasons I traveled to Afghanistan. At the conclusion of the interrogation, he told me that I would not be permitted in the building; that the FBI had been contacted and the FBI would come to visit me and I could not go anywhere in the interim. Approximately one week after being denied return to work, I contacted Mr. Alonso to ask when I could return to work. Alonso informed me at the time that he could have been involved in terrorist activity since the last time they spoke and he would soon be visited by the FBI.

18. On or about November 23, 2004, armed FBI agents came to my home to interrogate me. My wife and I feared that the FBI would take him to Guantanomo Bay. During the time, my wife was pregnant. After the visit by the FBI, she became distraught and later suffered a miscarriage. Jackson later was forced to apologize for her comments about my (unborn deceased) child, and she commented, are you happy now. Further declarant saith not.

I hereby certify under penalty of perjury that the forgoing statements are true and correct.

*Ali Asghar*

_____

Ali Asghar					1/10/08

* Plaintiff's Counsel has an original copy of Plaintiff's signature on file.