UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ALI ASGHAR,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 06-0400 (RJL) |
| **JOHN W. SNOW**<br>**Department of the Treasury,** | ) |
| **Defendant.** | ) |

**CONSENT MOTION TO EXTEND TO TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant moves for an extension of time to file his reply to plaintiff's opposition to defendant's motion to dismiss or for summary judgment, to and including February 22, 2008. Defendant's reply is presently due on January 24, 2008. This is defendant's first extension of time in this matter. Plaintiff has graciously consented to this motion.

The reasons for this request are as follows: Plaintiff filed his opposition to defendant's dispositive motion on January 14, 2008. Undersigned counsel primarily assigned to this case ("counsel") was unable to consult with the agency (because of conflicting leave schedules) and draft a reply before the present due date of January 24, 2008. In addition, during the week of January 28, 2008, counsel will be involved in the preparation of witnesses and the taking of five depositions in <u>Sanders v. United States of America</u>, C.A. 07-116 (ESH), a case filed under the Federal Tort Claims Act, 28 U.S.C. § 2679 <u>et</u> <u>seq</u>., and, therefore, will be unable to draft defendant's reply during that week. Thereafter, from February 2, to February 13, 2008, counsel will be out-of-town on previously-scheduled leave. However, immediately upon her return,

counsel will draft the reply and submitted to the agency for review. It is expected that the reply will be finalized and filed with the Court on or before February 22, 2008.

Accordingly, it is respectfully requested that the due date for defendant's reply to plaintiff's opposition to defendant's dispositive motion be extended, to and including February 22, 2008. A proposed order that would grant the relief sought is attached.

>Respectfully submitted,
>
>             /s/
> JEFFREY A. TAYLOR , D.C. Bar # 498610
> United States Attorney
>
>             /s/
> RUDOLPH CONTRERAS, D.C. Bar # 434122
> Assistant United States Attorney
>
>             /s/
> CLAIRE WHITAKER, D.C. Bar # 354530
> Assistant United States Attorney
> United States Attorneys Office
> Civil Division
> 555 4th Street, N.W., Room E-4204
> Washington, D.C. 20530
> (202) 514-7137