UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI ASGHAR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-0400 (RJL) |
| JOHN W. SNOW<br>Department of the Treasury, | ) ) ) |
| Defendant. | ) ) |

ORDER

UPON CONSIDERATION of defendant's Consent Motion to Extend time to file defendant's reply to plaintiff's opposition to defendant's Motion to Dismiss or, In the Alternative, for Summary Judgment, and for good cause shown, it is

HEREBY ORDERED that the motion is granted. The deadline for defendant's reply is extended to and including February 22, 2008.

Date_____                                   _____
                                                  UNITED STATES DISTRICT JUDGE