UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI ASGHAR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-0400 (RJL) |
| | ) |
| JOHN W. SNOW | ) |
| Department of the Treasury, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO EXTEND TO TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant moves for an extension of time to file his reply to plaintiff's opposition to defendant's dispositive motion, to and including March 10, 2008. His reply is presently due on February 22, 2008. Defendant has attempted unsuccessfully to consult with plaintiff concerning this motion. However, defendant believes that plaintiff will not object to this motion. The reason for this request is as follows:

Defendant drafted a reply, but believes that a declaration concerning plaintiff's alleged attempts to return to work during the period relevant to this law suit is necessary. Defendant is attempting to contact the former Security Officer who interviewed plaintiff on the day he return to the Bureau of Engraving and Printing building, i.e., Glen Alonso. Mr. Alonso has indicated and is expected to provide sworn testimony relating to evidence showing that plaintiff was not entering the building to return to work as he alleges in his opposition. Accordingly, it is necessary to request an additional period of time to locate Mr. Alonso and obtain his declaration. If this is not possible, defendant will review the records relating to the entry of individuals into

the building during the relevant period and provide that information. In either case, additional time to reply is required.

Accordingly, defendant respectfully requests that this motion to extend time be granted. A proposed order that would grant the relief sought is attached.

                                            Respectfully submitted,

                                            /s/
                                            JEFFREY A. TAYLOR , D.C. Bar # 498610
                                            United States Attorney

                                            /s/
                                            RUDOLPH CONTRERAS, D.C. Bar # 434122
                                            Assistant United States Attorney

                                            /s/
                                            CLAIRE WHITAKER, D.C. Bar # 354530
                                            Assistant United States Attorney
                                            United States Attorneys Office
                                            Civil Division
                                            555 4th Street, N.W., Room E-4204
                                            Washington, D.C. 20530
                                            (202) 514-7137