UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| ALI ASGHAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0400 (RJL) |
| | ) | |
| JOHN W. SNOW | ) | |
| Department of the Treasury, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

_____

## MOTION TO EXTEND TO TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant moves for an additional three-day extension of time to file his reply to plaintiff's opposition to defendant's dispositive motion, to and including March 13, 2008.  His reply is presently due on March 10, 2008.  This is defendant's second motion to extend the period to file his reply.

Defendant has attempted unsuccessfully to consult with plaintiff concerning this motion. However, defendant believes that plaintiff will consent to this motion.  The reason for this request is as follows:

Defendant has consulted with the agency concerning the draft of defendant's reply and, although the reply is virtually complete, it appears that a brief extension of time is required to review certain aspects of the record.  It is anticipated that defendant will need three additional days to finalize the reply and file it with the Court.   Accordingly, defendant respectfully requests to and including March 13, 2008, to file his reply to plaintiff's opposition to defendant's dispostive motion in this case.  A proposed order that would grant the relief sought is attached.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____/s/_____
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137