UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALI ASGHAR,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 06-0400 (RJL) |
| **JOHN W. SNOW** **Department of the Treasury,** | ) |
| **Defendant.** | ) |

ORDER

UPON CONSIDERATION of defendant's Motion to Extend time to file reply to plaintiff's opposition to defendant's motion to dismiss or for summary judgment, and for good cause shown, it is

HEREBY ORDERED that the motion is granted. Defendant's reply is due on or before March 13, 2008.

Date_____                                    _____
                                                                        UNITED STATES DISTRICT JUDGE