Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI ASGHAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 06-0400 (RJL) |
| ) | |
| JOHN W. SNOW, Secretary, ) | |
| U.S. Department of the Treasury, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## AFFIDAVIT OF DEBRA ETKINS

1.      My name is Debra Etkins, and I am currently employed with the Bureau of Engraving and Printing (Bureau) as the Assistant Chief, Office of Security. I have occupied this position since December 2007. In this capacity, I am responsible for overseeing numerous aspects of the Bureau's Office of Security, including the Division and Branch actively involved in the operation and management of the Bureau's Access Control Alarm Monitoring System (ACAMS).

2.      The Bureau requires all employees and visitors to wear a security identification badge at all times while on Bureau property. Upon entering the Bureau facility, this security badge is swiped across a badge reader and this information is captured in a computerized badge reader system. The resulting records from this process are electronically maintained within the Access Control Alarm Monitoring System (ACAMS). The ACAMS is managed by the Physical Security Branch within the Office of Security.

4.      I have reviewed the attached badge reader reports and can verify that it is a report that is consistent with the data extracted from the ACAMS depicting the entry and exist of Ali Asghar from the Bureau on November 2, 2004 and November 29, 2004.

I swear, under the penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge and belief.

3-13-08
_____
Date

_Debra Etkins_
_____
Debra Etkins

| Date | Time | Event | Type | Direction | Location | | Code | Status | | ID | Last | First |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/2/2004 | :5 | Invalid Card | Cancelled | Normal | 1-A-14 N LI | 9 | 2657 | Cancelle | | 11959 | ASGHAR | ALI |
| 11/2/2004 | 9:51:09 | Invalid Card | Cancelled | Normal | 1-A-14 N LI | 9 | 2657 | Cancelle | | 11959 | ASGHAR | ALI |
| 11/2/2004 | 9:51:15 | Invalid Card | Cancelled | Normal | 1-A-14 N LI | 9 | 2657 | Cancelle | | 11959 | ASGHAR | ALI |
| 11/2/2004 | 9:51:22 | Invalid Card | Cancelled | Normal | 1-A-14 N LI | 9 | 2657 | Cancelle | | 11959 | ASGHAR | ALI |
| 11/2/2004 | 9:51:35 | Invalid Card | Cancelled | Normal | 1A14 D ST S LI | 9 | 2657 | Cancelle | | 11959 | ASGHAR | ALI |
| 11/2/2004 | 9:51:39 | Invalid Card | Cancelled | Normal | 1A14 D ST S LI | 9 | 2657 | Cancelle | | 11959 | ASGHAR | ALI |
| 11/2/2004 | 9:51:43 | Invalid Card | Cancelled | Normal | 1A14 D ST S LI | 9 | 2657 | Cancelle | | 11959 | ASGHAR | ALI |
| 11/2/2004 | 9:55:53 | Invalid Card | Cancelled | Normal | 2A13D SIDE LI S | 9 | 2657 | Cancelle | | 11959 | ASGHAR | ALI |
| 11/2/2004 | 9:55:57 | Invalid Card | Cancelled | Normal | 2A13D SIDE LI S | 9 | 2657 | Cancelle | | 11959 | ASGHAR | ALI |
| 11/2/2004 | 9:56:01 | Invalid Card | Cancelled | Normal | 2A13D SIDE LI S | 9 | 2657 | Cancelle | | 11959 | ASGHAR | ALI |
| 11/2/2004 | 9:56:13 | Invalid Card | Cancelled | Normal | 2A13D SIDE LI S | 9 | 2657 | Cancelle | | 11959 | ASGHAR | ALI |
| 11/2/2004 | 9:57:37 | Invalid Card | Cancelled | Normal | 2A13D SIDE LI S | 9 | 2657 | Cancelle | | 11959 | ASGHAR | ALI |
| 11/2/2004 | 10:05:55 | Invalid Card | Cancelled | Normal | 2A13D SIDE LI S | 9 | 2657 | Cancelle | | 11959 | ASGHAR | ALI |
| 11/2/2004 | 10:05:57 | Invalid Card | Cancelled | Normal | *2A13D SIDE LO S | 9 | 2657 | Cancelle | | 11959 | ASGHAR | ALI |
| 11/2/2004 | 10:10:30 | Invalid Card | Cancelled | Normal | 2A13D SIDE LI S | 9 | 2657 | Cancelle | | 11959 | ASGHAR | ALI |
| 11/2/2004 | 10:10:32 | Invalid Card | Cancelled | Normal | *2A13D SIDE LO S | 9 | 2657 | Cancelle | | 11959 | ASGHAR | ALI |
| 11/2/2004 | 10:10:47 | Invalid Card | Cancelled | Normal | *2A13D SIDE LO S | 9 | 2657 | Cancelle | | 11959 | ASGHAR | ALI |
| 11/2/2004 | 10:11:03 | Invalid Card | Cancelled | Normal | *2A13D SIDE LO S | 9 | 2657 | Cancelle | | 11959 | ASGHAR | ALI |
| 11/2/2004 | 10:11:18 | Invalid Card | Cancelled | Normal | 2A13D SIDE LI S | 9 | 2657 | Cancelle | | 11959 | ASGHAR | ALI |
| 11/2/2004 | 10:11:40 | Access Granted | Employee | Normal | *2A13D SIDE LO S | 9 | 2657 | | | 11959 | ASGHAR | ALI |
| 11/2/2004 | 10:11:42 | Access Granted | Employee | Normal | *2A13D SIDE LO S | 9 | 2657 | | | 11959 | ASGHAR | ALI |
| 11/2/2004 | 10:42:04 | Access Granted | Employee | Normal | *2A13D SIDE LO S | 9 | 2657 | | | 11959 | ASGHAR | ALI |
| | | | | | | | | | | | | |
| 11/29/2004 | 4:30:13 | Access Granted | Employee | In | TUNNEL ENTRY LI | 5 | 2657 | | | 11959 | ASGHAR | ALI |
| 11/29/2004 | 4:32:10 | Access Denied | Employee | In | FRV #S 1 & 14 IN | 97 | 2657 | NoShift | | 11959 | ASGHAR | ALI |
| 11/29/2004 | 4:32:22 | Access Denied | Employee | Out | FRV #S 1 & 14 OT | 97 | 2657 | NoShift | | 11959 | ASGHAR | ALI |
| 11/29/2004 | 4:34:04 | Access Denied | Employee | In | FRV #S 1 & 14 IN | 97 | 2657 | NoShift | | 11959 | ASGHAR | ALI |
| 11/29/2004 | 4:59:27 | Access Denied | Employee | Out | FRV #S 1 & 14 OT | 97 | 2657 | NoShift | | 11959 | ASGHAR | ALI |
| 11/29/2004 | 5:50:06 | Access Denied | Employee | In | FRV #14 IN | 98 | 2657 | NoShift | | 11959 | ASGHAR | ALI |
| 11/29/2004 | 5:50:12 | Access Denied | Employee | In | FRV #14 IN | 98 | 2657 | NoShift | | 11959 | ASGHAR | ALI |
| 11/29/2004 | 5:59:55 | Access Granted | Employee | Out | FRV #S 1 & 14 OT | 97 | 2657 | | | 11959 | ASGHAR | ALI |
| 11/29/2004 | 6:00:06 | Access Granted | Employee | In | FRV #S 1 & 14 IN | 97 | 2657 | | | 11959 | ASGHAR | ALI |
| 11/29/2004 | 6:00:18 | Access Denied | Employee | In | FRV #14 IN | 98 | 2657 | 2MenReqd | | 11959 | ASGHAR | ALI |
| 11/29/2004 | 6:00:44 | Access Denied | Employee | In | FRV #1 IN | 102 | 2657 | 2MenReqd | | 11959 | ASGHAR | ALI |
| 11/29/2004 | 6:02:46 | Access Granted | Employee | Out | FRV #S 1 & 14 OT | 97 | 2657 | | | 11959 | ASGHAR | ALI |
| 11/29/2004 | 6:03:38 | Access Granted | Employee | In | FRV #S 1 & 14 IN | 97 | 2657 | | | 11959 | ASGHAR | ALI |
| 11/29/2004 | 7:00:33 | Access Granted | Employee | Out | FRV #S 1 & 14 OT | 97 | 2657 | | | 11959 | ASGHAR | ALI |
| 11/29/2004 | 7:01:30 | Access Granted | Employee | In | FRV #S 1 & 14 IN | 97 | 2657 | | | 11959 | ASGHAR | ALI |
| 11/29/2004 | 7:01:54 | Access Granted | Employee | Out | FRV #S 1 & 14 OT | 97 | 2657 | | | 11959 | ASGHAR | ALI |
| 11/29/2004 | 8:20:30 | Access Granted | Employee | Out | FRV 33-M VLT OUT | 99 | 2657 | | | 11959 | ASGHAR | ALI |
| 11/29/2004 | 8:21:42 | Access Granted | Employee | In | FRV #S 1 & 14 IN | 97 | 2657 | | | 11959 | ASGHAR | ALI |
| 11/29/2004 | 8:25:57 | Access Granted | Employee | In | FRV #1 IN | 102 | 2657 | | | 11959 | ASGHAR | ALI |
| 11/29/2004 | 8:28:02 | Access Granted | Employee | Out | FRV #1 OUT | 102 | 2657 | | | 11959 | ASGHAR | ALI |
| 11/29/2004 | 8:28:57 | Access Granted | Employee | In | FRV #1 IN | 102 | 2657 | | | 11959 | ASGHAR | ALI |
| 11/29/2004 | 8:45:44 | Access Granted | Employee | Out | FRV #1 OUT | 102 | 2657 | | | 11959 | ASGHAR | ALI |
| 11/29/2004 | 8:45:53 | Access Granted | Employee | Out | FRV #S 1 & 14 OT | 97 | 2657 | | | 11959 | ASGHAR | ALI |
| 11/29/2004 | 10:50:35 | Access Granted | Employee | In | FRV #S 1 & 14 IN | 97 | 2657 | | | 11959 | ASGHAR | ALI |