# Exhibit B

```
            UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA
------------------------x
ALI ASGHAR,             :
                        :
        Plaintiff,      :
                        :
    v.                  : C.A. No. 06-0400(RJL)
                        :
JOHN W. SNOW et al.,    :
                        :
        Defendants.     :
------------------------x
```

Washington, D.C.

Tuesday, June 5, 2007

Deposition of

ALI ASGHAR

Plaintiff, called for examination by counsel for Defendants, pursuant to notice and agreement of counsel, beginning at approximately 9:41 a.m., at United States Attorney's Office for the District of Columbia, 501 3rd Street, NW., Washington, D.C., before Chris A. Mazzochi of Beta Court Reporting, notary public in and for the District of Columbia, when were present on behalf of the respective parties:

**214**

1  Q  Did she apologize?
2  A  A couple weeks later or I don't
3  know how long, but she did. But she was
4  forced to do that, otherwise she could lose
5  her job.
6  Q  Had your wife had the spontaneous
7  abortion by then?
8  A  Yeah.
9  Q  So Ms. Jackson didn't know that?
10  A  No, I don't talk about my personal
11  life to anybody.
12  Q  So you were doubly offended because
13  you'd lost the baby, too?
14  A  Of course.
15  Q  Did she make any remarks toward
16  you, derogatory in any way, before that,
17  after November the 29th, and before January
18  5th?
19  A  No.
20  Q  All right.
21  A  But this is not my life. It
22  doesn't end it in that period of time.

**215**

1  Q  I know it doesn't.
2  A  I know.
3  Q  I know it doesn't, but that's what
4  I'm dealing with.
5  A  I just want people to know that.
6  Q  I know.
7  A  That my life is not from November
8  2004 to January 1, 2005. My life in that
9  bureau is for 11, 12 years. We went through
10  a whole lot of things.
11  Q  I understand that, but that's what
12  I'm looking at.
13  A  Go ahead. Thank you.
14  Q  How about Mr. Alexander? What will
15  he know about the allegations in this
16  lawsuit? Is it anything more than you've
17  told me? Not about 2006, but just about the
18  period.
19  A  No. Mr. Alexander found out the
20  remarks she made and he told her, according
21  to him, that she's a supervisor, she's not
22  supposed to remark to the employee like that.

**216**

1  She's not supposed to joke around with the
2  employees, she's a leader, and things like
3  that. And Mr. Alexander was, you know,
4  defending my position at that time.
5  Q  And he's also the one that
6  apparently he and Mr. Johnson related to you
7  that they went and talked to Ms. Jackson
8  about the incident where she was suggesting
9  that you might have some connections with the
10  possibility of terrorists?
11  A  Okay, again --
12  Q  Is that correct?
13  A  Yes, according to Mr. Alexander.
14  This is how he indicated -- this is how he
15  told me what happened. He said once they
16  found out that the FBI agent went to your
17  house we asked Ms. Jackson why. We don't
18  have any idea, any knowledge, any information
19  about this. Then she remarked again I didn't
20  tell anybody that he might be a terrorist and
21  bring a bomb here and blow us altogether.
22  That's what Mr. Alexander told me.

**217**

1  Q  She said she didn't tell anybody,
2  that's what he said?
3  A  Didn't tell the supervisors.
4  Supervisors were expecting her to let them
5  know also what's going on, why -- what's (off
6  mike) because they are supervisors, too. And
7  Mr. Antoin Johnson is the leader of
8  supervisors in that section. And the other
9  two supervisors, they are associated with
10  him.
11  Q  Now, what you've just related, that
12  comes from them. You have no direct
13  knowledge of that conversation. You weren't
14  there.
15  A  No, no, I have no direct knowledge.
16  Q  I just want to ask you very
17  quickly, you had mentioned about someone
18  teasing you about Chemical Ali. Did you
19  confront him right at that moment and say why
20  are you calling me Chemical Ali?
21  A  Yes.
22  Q  And he?

222

1  Brent and Alonzo and an attorney came from
2  another agency as a mediator. After that Mr.
3  Brent called Mr. Alexander and Mr. Johnson
4  that I complained against -- my complaint is
5  against the co-workers, they're harassing
6  him. Why don't you stop as a supervisor?
7        Immediately, after they hang up the
8  phone, they came back to us. We're in the
9  lounge room on the third floor. We gathered
10 together. They came and got us together. He
11 said Mr. Brent just called us. This is what
12 I'm talking about that Mr. Johnson and Mr.
13 Aaron Alexander, they both came upstairs and
14 got us all together and said Mr. Brent just
15 called and said he complained about you guys
16 harassing him.
17       I turned around and said -- I had
18 the complaint in my hand. I said my
19 complaint is in my hand. There's no mention,
20 no name, any name of these people. The
21 complaint is about me being accused of
22 terrorism by the Bureau of Engraving and

223

1  Printing management, not about you, not about
2  anybody around here.
3        The reason was that because Mr.
4  Brent was trying to turn these co-workers
5  against me. They have a way of working here,
6  a way of doing things in the bureau, okay?
7  If they want you to get out this door, they
8  let other people to do that.
9     Q   The only thing I'm asking is, is
10 this a true statement that you swore to? You
11 see here, I have read this, et cetera, et
12 cetera? I just want to make sure, that's
13 all. In fact, why don't you look at this
14 entire affidavit?
15    A   Yeah, I signed this paper when I
16 read all these things. I had an attorney
17 with me and I signed this. And I always rely
18 on my attorney. I always rely because this
19 is a legal thing. Some of these words
20 probably I do not understand. Some of these
21 terms probably I do not understand. That's
22 why when I ask my attorney everything is

224

1  okay, my attorney says okay, then I sign.
2  That's what I did.
3        Whatever is missing or it's not
4  there or it's more than I was saying, that's
5  what it is right here.
6     Q   Well, maybe you've given me more,
7  but is what's there correct? Is what's there
8  correct? There may be more to it, but is
9  that correct?
10    A   Yeah, this is what happened.
11    Q   All right. Let me just see, I'm
12 trying to hurry so we get through everything.
13 Now, you testified just a few minutes ago
14 about your leave in 2006 that you had to
15 cancel. And --
16    A   Why are you -- I mean, why are you
17 worried about 2006? Why you cannot -- you
18 cannot let me talk about --
19    Q   You're absolutely right.
20    A   -- beyond the 2004 incident, then
21 you want to talk about the 2006 incident.
22    Q   Oh, you're absolutely right, I

225

1  don't want to talk about it.
2     A   Okay.
3     Q   In fact, you brought it up.
4     A   This just shows the discrimination
5  against me. This just shows that they were
6  always harassing me. This is the paper which
7  shows, okay? I haven't seen anybody --
8  anybody -- in the bureau be approved in 6 or
9  10 weeks or 8 weeks, whatever time it is,
10 that's why. When you put in for something, a
11 leave, they approve it right away. Usually
12 that's what happens.
13       MS. WHITAKER: Really I wouldn't
14 even ask you questions, but you said that you
15 were to leave on June the 15th, I believe.
16       MR. BRANCH: What's the page number
17 on that?
18       BY MS. WHITAKER:
19    Q   Eighty-six. It's just that it
20 apparently was approved on June 15th, and
21 you're saying you lost the ticket? It was
22 approved 10 days before.

258

1   A   Ms. Felicia Jackson, my first-line
2   supervisor. She was in charge at that time
3   for timekeeping, for employees' timekeeping
4   and was the timekeeper person. And then she
5   said the only way you can get six months
6   leave without pay is if you fill out this
7   part of the form. And then you have a
8   comment, you put the comment, and sign it,
9   date it, I take it to the manager. And if
10  they approve it, fine. If they don't, then
11  you have a problem. I said okay, and they
12  approved it in two days.
13      Q   And did she tell you that you
14  needed to have a reason for family medical
15  leave, and she said that she told you or that
16  that is what you decided to put?
17      A   That's what I said, that's why I'm
18  going, for family (off mike).
19      Q   Did you tell her also that you had
20  a sick stepmother?
21      A   No. No, no, no, I didn't say that.
22      Q   You never told her?

259

1   A   No.
2   Q   Did you check on what family
3   medical leave requirements required?
4   A   I don't know what the requirement
5   was.
6   Q   Why don't you read that little
7   check box that you just --
8   A   That's what I said, I discussed
9   this part. I said what should I do? She
10  said put the remark why you're going to
11  Afghanistan, and that's what I did.
12      I just got -- (off mike) discuss
13  the matter with your supervisors.
14      Q   And the box that you checked, what
15  does that say?
16      A   It says, "Serious health condition
17  of spouse, son, daughter, or parent."
18      Q   And you checked that box?
19      A   That's what I did, yeah.
20      Q   But that was not the reason that
21  you went?
22      A   Why they didn't ask me the question

260

1   at that time, ma'am?
2   Q   Well, I'm just asking you. It says
3   it right there.
4   A   Yeah, okay.
5   Q   I'm just asking you.
6   A   I did that at that time.
7   Q   Okay.
8   A   They read it, too, just like you
9   read it right now.
10  Q   And because they approved it, you
11  took it?
12  A   Well, they should say, okay, bring
13  a document, bring something.
14  Q   Okay, that's fine.
15  A   I could do that.
16  Q   And you were given leave without
17  pay?
18  A   Yes.
19  Q   For, what, a four-month period?
20  And you took that. You never revoked that.
21  You never revoked that form. You never went
22  back and filled out a new leave form?

261

1   A   No.
2   Q   I just want to be sure about that.
3   A   No, this is the leave that -- the
4   copy I have.
5   Q   And that's the only copy there is.
6   And actually leave without pay is not even
7   checked there. There's nothing checked, is
8   there? I don't -- I mean, that's your
9   testimony and I'm not going to dispute it,
10  but there's nothing checked there.
11  A   Then there's something wrong with
12  that department.
13  Q   Don't you fill this part out?
14  A   Yeah, I did.
15  Q   Yes.
16  A   This is how I got my leave. That's
17  how they paid me -- let me go without pay.
18  Q   I see, you filled out leave without
19  pay down here, okay. You testified just a
20  moment ago that you didn't miss any work
21  after 11-29-04, that you were there every
22  day. But we've already had testimony that